

**BALDASSARE & MARA, LLC**

<u>VIA ECF</u>

May 9, 2023

The Honorable Ronnie Abrams,
 United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   *United States v. Darius Paduch,*
              Case No. 1:23-cr-00181 (RA)

Dear Judge Abrams:

      This firm represents Dr. Darius Paduch in the above-referenced matter. Based on my conversations with Courtroom Deputy Cavale and the Government, I request that the status conference scheduled for May 10, 2023, be rescheduled to May 24 at 2:30 p.m., so that the Court can jointly address the status of this matter and the bail motion to be filed. With the Court's approval, Defendant's brief will be filed on or before May 15. The Government requests to file a response, if any, on or before May 22. Defendant consents to the exclusion of Speedy Trial Act time flowing from this request.

                                                           Respectfully,

                                                            Michael Baldassare

cc:    Counsel of Record