# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

June 22, 2023

**VIA ECF**
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 26, 2023

Re: United States v. Darius Paduch
23 Cr. 181 (RA)

Dear Judge Abrams:

I represented Mr. Darius Paduch in the above referenced matter. My partner, Robert A. Soloway attended the detention hearing on April 20, 2023 as I had to travel to Chicago at the time. Mr. Soloway was called upon to prepare for and attend the hearing. He did necessary background reading and spoke with the client's family. He also appeared in court as counsel for the defendant with the on-the-record approval of Magistrate Willis. The time he necessarily spent totals 9.6 hours, nunc pro tunc to April 19, 2023 and I seek authorization for Mr. Soloway to submit a payment voucher for the time he spent on the Paduch case. I note, too, that Mr. Soloway is also a member of the CJA Panel in this district.

Thank you very much.

Sincerely,

*David Stern*

David Stern

DS/sc