UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DARIUS A. PADUCH,<br><br>Defendant. | No. 23-CR-181<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

As discussed at today's conference, the deadline for the Government to seek a Superseding Indictment is October 31, 2023.

The Defendant shall have until December 15, 2023 to file any motions; oppositions shall be filed by January 5, 2024; and any replies by January 19, 2024.

The parties shall be prepared to try this case on April 22, 2024. No later than March 13, 2024, any *in limine* motions shall be filed, along with proposed *voir dire* questions, requests to charge, and proposed verdict forms. Any oppositions to those materials shall be filed no later than March 20, 2024 and any replies by March 25, 2024. A final pretrial conference is scheduled for April 10, 2024, at 3:00 p.m.

Time is excluded until April 22, 2024, pursuant to the Speedy Trial Act, 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Dated:   September 12, 2023
         New York, New York

_____
Ronnie Abrams
United States District Judge