**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES

v.

DARIUS A. PADUCH,

*Defendant.*

No. 1:23-cr-181 (RA)

[~~PROPOSED~~] ORDER

**RONNIE ABRAMS, United States District Judge:**

The Defendant shall have until January 3, 2024 to file pretrial motions; oppositions shall be filed by January 17, 2024; and any replies shall be filed by January 24, 2024.

All other dates set forth in the Court's September 12, 2023 Order shall remain in effect.

Dated:  December 12, 2023

New York, New York

_____
Ronnie Abrams,
 United States District Judge