UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                                     :

UNITED STATES OF AMERICA     :

   -v.-                                                   :    S2 23 Cr. 181 (RA)

DARIUS PADUCH,                    :    **ORDER**

                     Defendant.            :

-------------------------------------------------------------x

TO:    Warden, Metropolitan Detention Center, MDC Brooklyn

RE:    Darius Paduch, Fed. Reg. No. 53470-510

       WHEREAS the trial of Darius Paduch starts on April 24, 2024,

       IT IS HEREBY ORDERED that regardless of lockdowns and staffing issues in the facility, MDC shall permit the defendant to have access to a computer to prepare for trial for fifteen to twenty-five hours per week, starting immediately and continuing until April 24, 2024 and after the trial begins.

Dated:    New York, New York
            March  8, 2024

                                             SO ORDERED: _____

                                                             HON. RONNIE ABRAMS
                                                             UNITED STATES DISTRICT JUDGE