

**BALDASSARE & MARA, LLC**

**VIA ECF**

March 15, 2024

The Honorable Ronnie Abrams,
 United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
March 18, 2024

Re:   *United States of America v. Darius A. Paduch,*
         Case No. 1:23-cr-00181 (RA)

Dear Judge Abrams:

This firm represents Darius Paduch in the above-referenced matter.  We write to Your Honor regarding two matters, on which the parties agree.

Currently, the parties' requests to charge, *voir dire* questions and proposed verdict forms are due on March 20, 2024.  Rather than burden the Court with two submissions, on which there may be agreement as to certain parts, the parties suggest that the Government make its submission on March 20 and that the defense make a submission on March 27 only as to those points on which there is disagreement.  The parties believe that may expedite the process of finalizing those trial documents.

Also, the defense requests that the trial day end at 3:00 p.m. on May 9 due to a commitment of counsel, which can be detailed as the Court prefers.  The Government does not object.

We thank Your Honor for your time and attention to this matter.

Respectfully,

Michael Baldassare