UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>DARIUS A. PADUCH,<br>         *Defendant.* | Crim. No. 1:23-cr-181 (RA)<br><br>[~~PROPOSED~~] **ORDER** |

     Upon the application of Defendant Darius A. Paduch, by and through his attorneys, Baldassare & Mara, LLC (Michael Baldassare, Esq., appearing), it is hereby **ORDERED** that:

     1.    The Metropolitan Detention Center ("MDC"), located at 80 29th Street, Brooklyn, New York 11232, accept 3 shirts, 3 pants, 3 ties, and socks, as well as a belt and footwear ("civilian court clothing") on behalf of inmate Darius A. Paduch ("Paduch"), U.S. Marshal's Number 53470-510;

     2.    That the set of civilian court clothing be delivered to the MDC by Paduch's attorney or family on or before April 22, 2024;

     3.    That the MDC shall possess the civilian court clothing on Paduch's behalf;

     4.    That the MDC provide the civilian court clothing to Paduch to allow him to put on the clothing prior to his transport from the MDC to the United States District Court for the Southern District of New York to attend his trial on each day of the trial that is scheduled to commence on April 24, 2024, and expected to last 3 weeks, at the most;

     5.    That the civilian court clothing is permitted to be exchanged for fresh clothing on a weekly basis; and

     6.    That Paduch's attorney and family shall comply with all Federal Bureau of Prisons and MDC directives on the logistics of furnishing the civilian court clothing to the MDC.

Dated: April 19, 2024

                                                                                Honorable Ronnie Abrams, U.S.D.J.