UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

DARIUS PADUCH,

Defendant.

---

No. 23-CR-181 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In advance of trial, set to begin on March 24, 2024, the Court rules on the outstanding motions as follows:

- The Government's motion to admit evidence of Defendant's other sexual assault and abuse crimes, wrongs, and acts under Federal Rules of Evidence 413, 414, and 404(b) is granted in part and denied in part. Relatedly, Defendant's motion to preclude the Government from introducing evidence under Rule 413 is granted in part and denied in part. The Court will permit four non-statutory victims to testify.

- The Government's motion to admit the testimony of Defendant's two former coworkers under Rules 413 and 404(b) is granted.

- The Government's motion to admit Defendant's iCloud note is denied.

- The Government's motion to admit the URL entitled "Doctor fucking teen" is granted.

- The Government's motion to admit sexually explicit photographs of Defendant is denied.

The Court will supplement its rulings on the record on Wednesday, April 24, 2024. All rulings are without prejudice to renew, and the Court may, upon request, revisit its rulings depending on the evidence presented at trial.

SO ORDERED.

Dated: April 22, 2024
New York, New York

_____
Ronnie Abrams
United States District Judge