UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.   No. 23-CR-181 (RA)

DARIUS PADUCH,   ORDER

Defendant.

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of the Government's motion to preclude certain expert testimony from Dr. Deryn Strange. Defendant shall file a response no later than 9:00 a.m. on Monday, April 29, 2024. In addition, both parties shall be prepared to discuss during tomorrow morning's conference whether "[t]he Defense may on cross-examination ask witnesses about activities or events that [it] believes led to false [or distorted] memories." Opinion & Order at 16, *United States v. Maxwell*, No. 20-CR-330 (S.D.N.Y. Nov. 21, 2021).

SO ORDERED.

Dated:   April 23, 2024
          New York, New York

Ronnie Abrams
United States District Judge