UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

DARIUS PADUCH,

Defendant.

---

23-cr-181 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

It is hereby ordered that the parties promptly propose narrowly tailored redactions of the voir dire transcripts. In particular, the parties shall propose redactions of discussions at side bar wherein prospective jurors discussed their or their family's sexual history, medical history, or otherwise sensitive personal information. *See United States v. Maxwell*, No. 20-CR-330, 2022 WL 421123, at *2 (S.D.N.Y. Feb. 11, 2022) ("The Court will . . . permit redactions necessary to ensure juror . . . privacy."). Additionally, given that the Court has permitted Defendant's prior patients to testify under pseudonyms, the parties shall propose redactions of any reference to the patients' real names. The voir dire transcripts shall be filed under seal pending the Court's review of the parties' proposed redactions.

SO ORDERED.

Dated:          April 26, 2024
                New York, New York

_____
Ronnie Abrams
United States District Judge