UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DARIUS PADUCH,

Defendant.

No. 23-CR-181 (RA)

# JURY VERDICT

### *All Answers Must Be Unanimous*

1. On **Count One**, the charge of persuading, inducing, enticing, or coercing an individual, namely Sam Lenox, to travel in interstate commerce to engage in sexual activity for which a person can be charged with a criminal offense, or attempting to do so, we the jury unanimously find the defendant:

    Not Guilty _____     Guilty ✓

2. On **Count Two**, the charge of persuading, inducing, enticing, or coercing an individual, namely Luke Bevin, to travel in interstate commerce to engage in sexual activity for which a person can be charged with a criminal offense, or attempting to do so, we the jury unanimously find the defendant:

    Not Guilty _____     Guilty ✓

3. On **Count Three**, the charge of persuading, inducing, enticing, or coercing an individual, namely Evan Stewart, to travel in interstate commerce to engage in sexual activity for which a person can be charged with a criminal offense, or attempting to do so, we the jury unanimously find the defendant:

    Not Guilty _____     Guilty ✓

4. On **Count Four**, the charge of persuading, inducing, enticing, or coercing an individual, namely Matthew Cirillo, to travel in interstate commerce to engage in sexual activity for which a person can be charged with a criminal offense, or attempting to do so, we the jury unanimously find the defendant:

    Not Guilty _____     Guilty ✓

5. On **Count Five**, the charge of persuading, inducing, enticing, or coercing an individual, namely Connor Gannick, to travel in interstate commerce to engage in sexual activity for which a person can be charged with a criminal offense, or attempting to do so, we the jury unanimously find the defendant:

    Not Guilty _____    Guilty ✓_____

6. On **Count Six**, the charge of persuading, inducing, enticing, or coercing an individual, namely James Brent, to travel in interstate commerce to engage in sexual activity for which a person can be charged with a criminal offense, or attempting to do so, we the jury unanimously find the defendant:

    Not Guilty _____    Guilty ✓_____

7. On **Count Seven**, the charge of using an interstate facility to persuade, induce, entice, or coerce a minor, namely Sam Lenox, to engage in sexual activity for which a person can be charged with a criminal offense, or attempting to do so, we the jury unanimously find the defendant:

    Not Guilty _____    Guilty ✓_____

8. On **Count Eight**, the charge of using an interstate facility to persuade, induce, entice, or coerce a minor, namely Luke Bevin, to engage in sexual activity for which a person can be charged with a criminal offense, or attempting to do so, we the jury unanimously find the defendant:

    Not Guilty _____    Guilty ✓_____

9. On **Count Nine**, the charge of using an interstate facility to persuade, induce, entice, or coerce a minor, namely Evan Stewart, to engage in sexual activity for which a person can be charged with a criminal offense, or attempting to do so, we the jury unanimously find the defendant:

    Not Guilty _____    Guilty ✓_____

10. On **Count Ten**, the charge of using an interstate facility to persuade, induce, entice, or coerce a minor, namely Connor Gannick, to engage in sexual activity for which a person can be charged with a criminal offense, or attempting to do so, we the jury unanimously find the defendant:

    Not Guilty _____    Guilty ✓_____

11. On **Count Eleven**, the charge of using an interstate facility to persuade, induce, entice, or coerce a minor, namely Matthew Colon, to engage in sexual activity for which a person can be charged with a criminal offense, or attempting to do so, we the jury unanimously find the defendant:

    Not Guilty _____        Guilty ✓

*Please Turn to the Next Page*

*After completing the Verdict Form, please sign your names in the spaces provided below, fill in the date and time, and inform the Court Security Officer that you have reached a verdict.*

_[Signature]_ 5-8-24  2:05pm            _Kentra Lindley_ 5/8/24   2:05pm

_Alana McCormack_ 5/8/24  2:06pm        _Carine Mendatt_ 5/8/24

_June Finch_ 5/8/24  2:06pm             _G. Russo_

_Katie Glen_                            _[Signature]_ 5/8/24  2:09pm

_Melissa O'Keeffe_                      _Christopher Nine_

_Pamela Motyka_                         _Cecile Moregra_

Date and Time:  5/8/24  2:10 P.M.

*Once you have signed the Verdict Form, please give a note – NOT the Verdict Form itself – to the Court Security Officer stating that you have reached a verdict.*

4