UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

DARIUS A. PADUCH,

          Defendant.

No. 23-CR-181 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

After a ten-day trial, a jury found Defendant guilty of eleven counts in the S2 Indictment. The counts in the verdict sheet correspond to the following counts in the S2 Indictment:

| Verdict Sheet | S2 Indictment |
| --- | --- |
| Count 1 | Count 1 |
| Count 2 | Count 2 |
| Count 3 | Count 3 |
| Count 4 | Count 4 |
| Count 5 | Count 5 |
| Count 6 | Count 7 |
| Count 7 | Count 8 |
| Count 8 | Count 9 |
| Count 9 | Count 10 |
| Count 10 | Count 12 |
| Count 11 | Count 13 |

The Clerk of Court is respectfully directed to upload to ECF the Court Exhibits from trial, each of which is attached to this Order:

- Court Exhibit 1: *Voir Dire* Questionnaire

- Court Exhibit 2: Draft Jury Charge

- Court Exhibit 3: Jury Charge

- Court Exhibit 4: Jury Note

- Court Exhibit 5: Jury Note

- Court Exhibit 6: Verdict Sheet

SO ORDERED.

Dated:   May 15, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge