**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>DARIUS A. PADUCH,<br>         *Defendant.* | Crim. No. 1:23-cr-181 (RA)<br><br>NOTICE OF MOTION<br>FOR JUDGMENT OF ACQUITTAL<br>PURSUANT TO FED. R. CRIM. P. 29 |

**TO:** Marguerite Colson, Assistant United States Attorney
United States Attorney's Office – Southern District of New York
26 Federal Plaza
New York, NY 10278

**PLEASE TAKE NOTICE** that, as made and placed on the record on May 2, 2024 at the close of the government's case, Defendant Darius A. Paduch, by and through counsel, Baldassare & Mara, LLC (Michael Baldassare, Esq., appearing), moves before the Honorable Ronnie Abrams, United States District Judge, pursuant to Federal Rule of Criminal Procedure 29.

**PLEASE TAKE FURTHER NOTICE** that in support of his motion, Defendant Darius A. Paduch relies upon the arguments presented to the Court, the letter filed at ECF No. 124, the accompanying letter brief, and all future filings, if any.

**PLEASE TAKE FURTHER NOTICE** that Dr. Paduch waives oral argument.

Respectfully submitted,<br>
**BALDASSSARE & MARA, LLC**

Dated: May 22, 2024                                                */s/ Michael Baldassare*
                                                                               Michael Baldassare, Esq.