

**BALDASSARE & MARA, LLC**

<u>VIA ECF</u>

August 23, 2023

The Honorable Ronnie Abrams
 United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   *United States of America v. Darius A. Paduch,*
               <u>Case No. 1:23-cr-00181 (RA)</u>

Dear Judge Abrams:

    This firm represents Darius Paduch in the above-referenced matter. We request the sentencing hearing scheduled for October 11 be moved to mid-November. Likewise, we request that the presentence report disclosures be adjusted to reflect the adjournment. The Government takes no position on this request.

                                            Respectfully,

                                            Michael Baldassare

      cc:    Counsel of Record

The request for an adjournment is hereby denied without prejudice as counsel has not provided any reason for its request. SO ORDERED.

Hon. Ronnie Abrams
U.S. District Judge
August 26, 2024