

BALDASSARE & MARA, LLC

<u>VIA PACER</u>

August 26, 2024

The Honorable Ronnie Abrams
 United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Application granted. The sentencing is adjourned to November 20, 2024 at 2:00 p.m.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> August 27, 2024

Re:  *United States of America v. Darius A. Paduch,*
     Case No. 1:23-cr-00181 (RA)

Dear Judge Abrams:

  This firm represents Darius Paduch in the above-referenced matter.  We apologize for not including the following information in our original request.  We request the sentencing hearing scheduled for October 11 be moved to the last two weeks of November. The request is based on the fact Mr. Baldassare will be in trial on *United State v. Panzera, et al.*, Docket No. 19-cr-390, starting September 16, 2024.  This is a multi-defendant Fentanyl and money laundering case expected to last 4-6 weeks.  We are respectfully requesting the last two weeks of November to avoid conflicts with trials in other matters.  Without waiving privilege, we represent to the court that Dr. Paduch is aware of and agrees with this request.  The Government takes no position on this request.

               Respectfully,

               Jeffrey Hawriluk

cc:    Counsel of Record