**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>DARIUS A. PADUCH,<br>*Defendant.* | Crim. No. 1:23-cr-181 (RA)<br><br>**NOTICE OF MOTION<br>FOR NEW TRIAL PURSUANT TO<br><u>FED. R. CRIM. P. 33</u>** |

**TO:** Marguerite Colson, Ass't United States Attorney
Elizabeth Espinosa, Ass't United States Attorney
Ni Qian, Ass't United States Attorney
Jun Xiang, Ass't United States Attorney
United States Attorney's Office – Southern District of New York
26 Federal Plaza
New York, NY 10278

**PLEASE TAKE NOTICE** that Defendant Darius A. Paduch, by and through counsel, Baldassare & Mara, LLC (Michael Baldassare, Esq., appearing), hereby moves before the Honorable Ronnie Abrams, United States District Judge, pursuant to Federal Rule of Criminal Procedure 33(a) for a new trial.

**PLEASE TAKE FURTHER NOTICE** that in support of his motion, Defendant Darius A. Paduch shall rely upon the accompanying memorandum of law and exhibits, as well as any future filings.

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby waived.

**PLEASE TAKE FURTHER NOTICE** that Defendant Darius A. Paduch reserves all rights.

Respectfully submitted,

**BALDASSSARE & MARA, LLC**

Dated: October 23, 2024

*/s/ Michael A. Baldassare*
Michael A. Baldassare, Esq.