

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 10, 2024

**Via FedEx**
Rachel Kull, Esq.
MDC Brooklyn
Metropolitan Detention Center
Attn: Legal Department
80 29th Street
Brooklyn, NY 11232

Re:   *United States v. Darius Paduch*, 23 Cr. 181 (RA)

Dear Ms. Kull:

Please find enclosed a hard drive containing certain discovery materials in this case. Pursuant to the attached order, the Government respectfully requests that you keep this hard drive with the defendant's laptop:

**Darius Paduch**
**# 53470-510**

Please do not hesitate to contact us should you have any questions.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by:  _____s/_____
Marguerite Colson
Assistant United States Attorney
(212) 637-2587

Grayson Glogoff
Paralegal
(212) 637-2339

**D1**


Jeffrey Hawriluk <jhawriluk@mabalaw.com>

## Hard Drive - Laptop Update

**Jeffrey Hawriluk** <jhawriluk@mabalaw.com>                                    Mon, Apr 22, 2024 at 9:59 AM
To: "Glogoff, Grayson (USANYS) [Contractor]" <Andrew.Glogoff@usdoj.gov>
Cc: Michael Baldassare <mbaldassare@mabalaw.com>, Jennifer Mara <jmara@mabalaw.com>, "Colson, Marguerite (USANYS)" <Marguerite.Colson@usdoj.gov>, "Espinosa, Elizabeth (USANYS)" <Elizabeth.Espinosa@usdoj.gov>, "Qian, Ni (USANYS)" <Ni.Qian@usdoj.gov>, "Xiang, Jun (USANYS)" <Jun.Xiang@usdoj.gov>, "Vuckovich, Mia (USANYS) [Contractor]" <Mia.Vuckovich@usdoj.gov>

Thanks

On Mon, Apr 22, 2024 at 9:58 AM Glogoff, Grayson (USANYS) [Contractor] <Andrew.Glogoff@usdoj.gov> wrote:

> Hi Jeff,
>
> Tracking information below:
>
> Tracking number: 818241074755
>
> **DELIVERED**
> **Friday**
> 4/12/24 at 11:09 AM
> Your package was released as requested and safely delivered.
> Signed for by: Signature release on file
> ⬇ Obtain proof of delivery
> Want updates on this shipment? Enter your email and we will do the rest!
> YOUR EMAIL                    [ SUBMIT ]
> MORE OPTIONS
>
> **DELIVERY STATUS**
> Delivered ✓
> ⚐ Report missing package
>
> **TRACKING ID**
> 818241074755 ✎ ☆
>
> **FROM**
> NEW YORK, NY US
>
> NEW YORK, NY
> 4/11/24 6:36 PM
>
> **ON THE WAY**
> BROOKLYN, NY
> 4/12/24 6:47 AM
>
> **OUT FOR DELIVERY**
> BROOKLYN, NY
> 4/12/24 8:57 AM
>
> **DELIVERED**
> BROOKLYN, NY US
> *Delivered*
> 4/12/24 at 11:09 AM
>
> ⬇ View travel history
>
> **From:** Jeffrey Hawriluk <jhawriluk@mabalaw.com>
> **Sent:** Monday, April 22, 2024 9:54 AM
> **To:** Michael Baldassare <mbaldassare@mabalaw.com>
> **Cc:** Glogoff, Grayson (USANYS) [Contractor] <AGlogoff@usa.doj.gov>; Jennifer Mara <jmara@mabalaw.com>; Colson, Marguerite (USANYS) <MColson@usa.doj.gov>; Espinosa, Elizabeth (USANYS) <EEspinosa@usa.doj.gov>; Qian, Ni (USANYS) <NQian@usa.doj.gov>; Xiang, Jun (USANYS) <JXiang@usa.doj.gov>; Vuckovich, Mia (USANYS)

D2

[Contractor] <MVuckovich@usa.doj.gov>
**Subject:** Re: [EXTERNAL] Re: Hard Drive - Laptop Update

Hi Grayson:

Was the hard drive sent with tracking? I am sure it was delivered, but want to make sure before I bug anyone at MDC, as Darius has not received the updated discovery.

Thanks

On Thu, Apr 11, 2024 at 11:36 AM Michael Baldassare <mbaldassare@mabalaw.com> wrote:

> Thank you Grayson.
>
> On Thu, Apr 11, 2024, 11:19 AM Glogoff, Grayson (USANYS) [Contractor] <Andrew.Glogoff@usdoj.gov> wrote:
>
>> Hello,
>>
>> A copy of the discovery sent to your client is now available to you via USAfx.
>>
>> Thank you,
>>
>> Grayson
>>
>> **From:** Jeffrey Hawriluk <jhawriluk@mabalaw.com>
>> **Sent:** Wednesday, April 10, 2024 7:33 PM
>> **To:** Glogoff, Grayson (USANYS) [Contractor] <AGlogoff@usa.doj.gov>
>> **Cc:** Michael Baldassare <mbaldassare@mabalaw.com>; Jennifer Mara <jmara@mabalaw.com>; Colson, Marguerite (USANYS) <MColson@usa.doj.gov>; Espinosa, Elizabeth (USANYS) <EEspinosa@usa.doj.gov>; Qian, Ni (USANYS) <NQian@usa.doj.gov>; Xiang, Jun (USANYS) <JXiang@usa.doj.gov>; Vuckovich, Mia (USANYS) [Contractor] <MVuckovich@usa.doj.gov>
>> **Subject:** Re: [EXTERNAL] Re: Hard Drive - Laptop Update
>>
>> Grayson:
>>
>> Checking in to make sure you received the new hard drive and the status of it being sent to MDC.
>>
>> Thanks,
>>
>> Jeff Hawriluk
>>
>> On Wed, Apr 3, 2024 at 11:27 AM Glogoff, Grayson (USANYS) [Contractor] <Andrew.Glogoff@usdoj.gov> wrote:
>>> Hi Jeff,

BP-A0331
JUN 10
U.S. DEPARTMENT OF JUSTICE

AUTHORIZATION TO RECEIVE PACKAGE OR PROPERTY CDFRM

FEDERAL BUREAU OF PRISONS

| Name and Address of Person Sending Package | EXPIRATION DATE |
|---|---|
| Name<br>Legal Department | N/A<br>This Authorization Is Not Valid After The Date Shown. |
| Address<br>MDC Brooklyn<br>80 29th Street | Enter Inmate Name, Register No., and Institution Address Here:<br><br>DARIUS PADUCH<br>REG # 53470-510 |
| City      State      Zip Code<br>Brooklyn   NY    11232 | |

THE NAMED INMATE IS AUTHORIZED TO RECEIVE (specify below):
You are authorized to send the following personal property. PLEASE NOTE: Including unauthorized materials in the package will result in the entire package being returned undelivered.

| QUANTITY | ITEM AND DESCRIPTION (INCLUDED STATED VALUE) | DISPOSITION |
|---|---|---|
| 1 | USB CORD | |
| 1 | HARD DRIVE (1345) (B) | |
| | | |
| | | |
| | | |
| | THIS FORM MUST REMAIN IN YOUR POSESSION WHILE | |
| | UTILIZING THE EQUIPMENT | |

ENTER SIGNATURE, TITLE AND DATE OF APPROVING OFFICIAL - APPROVING OFFICIAL ALSO ENTERS EXPIRATION DATE, above.

LEWIS/LEGAL                                                        4/15/2024
_____                        _____
(Signature and Title)                                             (Date Approved)

INSPECTION AND RECEIPT

Completed by Inspecting Staff

Status/Condition of Property Received:

Inspected and cleared for issue:        LEWIS                    4/15/2024
                                        (Staff Signature)          (Date)

DARIUS PADUCH, REG # 53470-510                                   8/21/24
                (Inmate Signature Upon Receipt)                   (Date)

The Original, Copy 1 and Copy 2 remain together until fully completed. Copy 3 and Copy 4 are forwarded to addressee by inmate.
Original- Central File; Copy 1- R&D Property File; Copy 2- Inmate; Copy 3- Addressee to keep; Copy 4- Addressee place in package
PDF                                         Prescribed by P5800              This form replaces BP-S331.058 of Sep 05

D4



Jeffrey Hawriluk <jhawriluk@mabalaw.com>

## Paduch - Laptop/Hard Drive

**Papapetru, Sophia (BOP)** <spapapetru@bop.gov>                                         Tue, Apr 30, 2024 at 11:07 AM
To: Jeffrey Hawriluk <jhawriluk@mabalaw.com>, "Kull, Rachel (BOP)" <rkull@bop.gov>, "Chan, Irene (BOP)" <ichan@bop.gov>
Cc: Michael Baldassare <mbaldassare@mabalaw.com>

We do not upload discovery for the inmates. You can mail the hard drive to the attention of the legal department and we will log it, then provide it to the inmate.

**From:** Jeffrey Hawriluk <jhawriluk@mabalaw.com>
**Sent:** Friday, April 26, 2024 1:43 PM
**To:** Kull, Rachel (BOP) <rkull@bop.gov>; Chan, Irene (BOP) <ichan@bop.gov>; Papapetru, Sophia (BOP) <spapapetru@bop.gov>
**Cc:** Michael Baldassare <mbaldassare@mabalaw.com>
**Subject:** [EXTERNAL] Re: Paduch - Laptop/Hard Drive

Hello:

Reaching out regarding the new hard drive for Paduch, was this uploaded to his laptop?

Thank you,

Jeff Hawriluk

On Mon, Apr 22, 2024 at 10:09 AM Jeffrey Hawriluk <jhawriluk@mabalaw.com> wrote:

> Hello:
>
> Reaching out on a separate issue. The USAO sent over a hard drive to be uploaded to Darius Paduch's discovery laptop. They provided me with the tracking : 818241074755 (FedEx). It appears that it was delivered on 4/12. I do not believe the discovery was uploaded to the laptop, but can someone please check on the status?
>
> Thank you very much for your help.
>
> --
>
> Jeffrey Hawriluk, Esq.

Baldassare & Mara, LLC

75 Livingston Ave., Suite 101

Roseland, NJ 07068

Office: 973-200-4066

Fax: 973-556-1071


--


Jeffrey Hawriluk, Esq.


Baldassare & Mara, LLC

75 Livingston Ave., Suite 101

Roseland, NJ 07068

Office: 973-200-4066

Fax: 973-556-1071



**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons
Metropolitan Detention Center

80 29th Street
Brooklyn, New York 11232

<u>United States v. Paduch, 23-CR-181</u>
Register No. 53470-510

| Date | Accepted | Refused | Time Left to VR | Time Returned from VR | Inmate Signature |
|---|---|---|---|---|---|
| 04/02/2024 | ✓ |  | 10:00 AM | 5:00 PM | D. Paduch |
| 04/03/2024 | ✓ |  | 1:36 PM | 7:00 PM | D Paduch |
| 04/04/2024 | ✓ |  | 1:30 PM | 6:30 PM | |
| 04/05/2024 | ✓ |  | 12:00 PM | 7:30 PM | |
| 04/08/2024 | ✓ |  | 8:30 AM | 2:30 PM | |
| 04/09/2024 | ✓ |  | 8:30 AM | 2:30 PM | |
| 04/10/2024 | ✓ |  | 12:00 PM | 7:30 PM | |
| 04/11/2024 | ✓ |  | 10:00 AM | 3:30 PM | |
| 04/12/2024 | ✓ |  | 9:00 AM |  | |

**D7**



**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons
*Metropolitan Detention Center*

802511' Street
Brooklyn, New York 11232

United States v. Paduch. 23-CR-181
Register No. 53470-510

| Date | Accepted | Refused | Time Left to VR | Time Returned from VR | Inmate Signature |
|---|---|---|---|---|---|
| 04/15/2024 | ✓ | | 9:00 AM | 6 PM | [signature] |
| 04/16/2024 | ✓ | | 10:30 AM | 3:30 PM | [signature] |
| 04/17/2024 | IN COURT | IN COURT | IN COURT | IN COURT | IN COURT |
| 04/18/2024 | ✓ | | 8:30 AM | 3:30 PM | [signature] |
| 04/19/2024 | ✓ | | 8:05 AM | 3:30 PM | [signature] |
| 04/22/2024 | ✓ | | 8:15 AM | 3:30 PM | [signature] |
| 04/23/2024 | ✓ | | 8:15 AM | 3:30 PM | [signature] |
| 04/24/2024 | In Court | IN COURT | IN COURT | IN COURT | [signature] |
| 04/25/2024 | | | | | |
| 04/26/2024 | | | | | |

**D8**



Jeffrey Hawriluk <jhawriluk@mabalaw.com>

## RE: 1:23-cr-00181-RA USA v. PADUCH -- April 8, 2024 Log

**Kull, Rachel (BOP)** <rkull@bop.gov>                                    Fri, Apr 12, 2024 at 3:38 PM
To: "Abrams_NYSDChambers@nysd.uscourts.gov" <Abrams_NYSDChambers@nysd.uscourts.gov>
Cc: "Espinosa, Elizabeth (USANYS)" <Elizabeth.Espinosa@usdoj.gov>, "Qian, Ni (USANYS)" <Ni.Qian@usdoj.gov>, "Xiang, Jun (USANYS)" <Jun.Xiang@usdoj.gov>, Michael Baldassare <mbaldassare@mabalaw.com>, Jeffrey Hawriluk <jhawriluk@mabalaw.com>, "Colson, Marguerite (USANYS)" <Marguerite.Colson@usdoj.gov>, "dstern@rssslaw.com" <dstern@rssslaw.com>, Jennifer Mara <jmara@mabalaw.com>, "Papapetru, Sophia (BOP)" <spapapetru@bop.gov>, "Chan, Irene (BOP)" <ichan@bop.gov>

Good afternoon:

Please see the attached log documenting Mr. Paduch's discovery access for today, April 12, 2024. Thank you!

[Quoted text hidden]

📎 **Paduch - 4.12.24.pdf**
    54K

**D9**



Jeffrey Hawriluk <jhawriluk@mabalaw.com>

## RE: 1:23-cr-00181-RA USA v. PADUCH -- April 8, 2024 Log

**Chan, Irene (BOP)** <ichan@bop.gov>            Wed, Apr 17, 2024 at 2:11 PM
To: "Xiang, Jun (USANYS)" <Jun.Xiang@usdoj.gov>, "Papapetru, Sophia (BOP)" <spapapetru@bop.gov>, Jeffrey Hawriluk <jhawriluk@mabalaw.com>, "Kull, Rachel (BOP)" <rkull@bop.gov>
Cc: Michael Baldassare <mbaldassare@mabalaw.com>, "Abrams_NYSDChambers@nysd.uscourts.gov" <Abrams_NYSDChambers@nysd.uscourts.gov>, "Espinosa, Elizabeth (USANYS)" <Elizabeth.Espinosa@usdoj.gov>, "Qian, Ni (USANYS)" <Ni.Qian@usdoj.gov>, "Colson, Marguerite (USANYS)" <Marguerite.Colson@usdoj.gov>, "dstern@rssslaw.com" <dstern@rssslaw.com>, Jennifer Mara <jmara@mabalaw.com>

Good Afternoon,

Please see attached log.

Thank you.

_____

Irene Chan | Staff Attorney

U.S. Department of Justice | Federal Bureau of Prisons

CLC **New York**

80 29th Street

Brooklyn, New York 11232

P: 718-840-4746

SENSITIVE/PRIVILEGED COMMUNICATION

The information contained in this electronic message and any and all accompanying documents constitutes sensitive information. This information is the property of the U.S. Department of Justice. If you are not the intended recipient of this information, any disclosures, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately to make arrangements for its return to us.

[Quoted text hidden]

📎 **Paduch - 4.16.24.pdf**
106K

**D10**

 **Gmail**  Jeffrey Hawriluk <jhawriluk@mabalaw.com>

## RE: 1:23-cr-00181-RA USA v. PADUCH -- April 8, 2024 Log

**Xiang, Jun (USANYS)** <Jun.Xiang@usdoj.gov>  Mon, Apr 22, 2024 at 5:52 PM
To: Abrams NYSD Chambers <Abrams_NYSDChambers@nysd.uscourts.gov>, Michael Baldassare <mbaldassare@mabalaw.com>, Jennifer Mara <jmara@mabalaw.com>, Jeffrey Hawriluk <jhawriluk@mabalaw.com>, Derek Miller <dmiller@mabalaw.com>
Cc: "Colson, Marguerite (USANYS)" <Marguerite.Colson@usdoj.gov>, "Espinosa, Elizabeth (USANYS)" <Elizabeth.Espinosa@usdoj.gov>, "Qian, Ni (USANYS)" <Ni.Qian@usdoj.gov>

**From:** Chan, Irene (BOP) <ichan@bop.gov>
**Sent:** Friday, April 19, 2024 1:33 PM
**To:** Xiang, Jun (USANYS) <JXiang@usa.doj.gov>; Papapetru, Sophia (BOP) <spapapetru@bop.gov>; Kull, Rachel (BOP) <rkull@bop.gov>
**Cc:** Espinosa, Elizabeth (USANYS) <EEspinosa@usa.doj.gov>; Qian, Ni (USANYS) <NQian@usa.doj.gov>; Colson, Marguerite (USANYS) <MColson@usa.doj.gov>
**Subject:** RE: [EXTERNAL] RE: 1:23-cr-00181-RA USA v. PADUCH -- April 8, 2024 Log

Good Afternoon,

Please see attached.

I do not have todays updated roster.

Thank you.

_____

Irene Chan | Staff Attorney

U.S. Department of Justice | Federal Bureau of Prisons

CLC **New York**

80 29th Street

Brooklyn, New York 11232

P: 718-840-4746

**D11**

SENSITIVE/PRIVILEGED COMMUNICATION

The information contained in this electronic message and any and all accompanying documents constitutes sensitive information. This information is the property of the U.S. Department of Justice. If you are not the intended recipient of this information, any disclosures, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately to make arrangements for its return to us.

**From:** Xiang, Jun (USANYS) <JXiang@usa.doj.gov>
**Sent:** Friday, April 19, 2024 1:02 PM
**To:** Chan, Irene (BOP) <ichan@bop.gov>; Papapetru, Sophia (BOP) <spapapetru@bop.gov>; Kull, Rachel (BOP) <rkull@bop.gov>
**Cc:** Espinosa, Elizabeth (USANYS) <EEspinosa@usa.doj.gov>; Qian, Ni (USANYS) <NQian@usa.doj.gov>; Colson, Marguerite (USANYS) <MColson@usa.doj.gov>
**Subject:** RE: [EXTERNAL] RE: 1:23-cr-00181-RA USA v. PADUCH -- April 8, 2024 Log

Dropping defense and Court. BOP Team—just a friendly reminder to please continue sending logs from this week. We know the defendant was in court Wednesday, but he should have been afforded access yesterday and today. Thanks!

Jun

[Quoted text hidden]


4.18.24.pdf
118K

**D12**



Jeffrey Hawriluk <jhawriluk@mabalaw.com>

## RE: 1:23-cr-00181-RA USA v. PADUCH -- April 8, 2024 Log

**Kull, Rachel (BOP)** <rkull@bop.gov>                                         Tue, Apr 23, 2024 at 8:08 AM
To: Michael Baldassare <mbaldassare@mabalaw.com>, "Xiang, Jun (USANYS)" <Jun.Xiang@usdoj.gov>
Cc: "Papapetru, Sophia (BOP)" <spapapetru@bop.gov>, Jeffrey Hawriluk <jhawriluk@mabalaw.com>, Abrams NYSD Chambers <Abrams_NYSDChambers@nysd.uscourts.gov>, "Espinosa, Elizabeth (USANYS)" <Elizabeth.Espinosa@usdoj.gov>, "Qian, Ni (USANYS)" <Ni.Qian@usdoj.gov>, "Colson, Marguerite (USANYS)" <Marguerite.Colson@usdoj.gov>, David Stern <dstern@rssslaw.com>, Jennifer Mara <jmara@mabalaw.com>, "Chan, Irene (BOP)" <ichan@bop.gov>

Good morning all:

Please see the attached log documenting Mr. Paduch's discovery access. Thank you!

Warmest regards,

_____

**Rachel Kull** | Staff Attorney

U.S. Department of Justice

Federal Bureau of Prisons

MDC Brooklyn | MCC New York | FCI Otisville

*CLC New York*

80 29th Street

Brooklyn, New York 11232

**P**: (718) 840-4200

**E**: rkull@bop.gov

**From:** Michael Baldassare <mbaldassare@mabalaw.com>
**Sent:** Wednesday, April 17, 2024 1:56 PM
**To:** Xiang, Jun (USANYS) <JXiang@usa.doj.gov>

[Quoted text hidden]

[Quoted text hidden]

📎 **4.22.24.pdf**
    91K

**D13**



Jeffrey Hawriluk <jhawriluk@mabalaw.com>

## RE: 1:23-cr-00181-RA USA v. PADUCH -- April 8, 2024 Log

**Kull, Rachel (BOP)** <rkull@bop.gov>                              Wed, Apr 24, 2024 at 3:37 PM
To: Michael Baldassare <mbaldassare@mabalaw.com>, "Xiang, Jun (USANYS)" <Jun.Xiang@usdoj.gov>
Cc: "Papapetru, Sophia (BOP)" <spapapetru@bop.gov>, Jeffrey Hawriluk <jhawriluk@mabalaw.com>, Abrams NYSD Chambers <Abrams_NYSDChambers@nysd.uscourts.gov>, "Espinosa, Elizabeth (USANYS)" <Elizabeth.Espinosa@usdoj.gov>, "Qian, Ni (USANYS)" <Ni.Qian@usdoj.gov>, "Colson, Marguerite (USANYS)" <Marguerite.Colson@usdoj.gov>, David Stern <dstern@rssslaw.com>, Jennifer Mara <jmara@mabalaw.com>, "Chan, Irene (BOP)" <ichan@bop.gov>

Good afternoon:

Please see the attached discovery log. Thank you!

[Quoted text hidden]

 **4.24.24.pdf**
329K

**D14**