| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: |

UNITED STATES OF AMERICA,

v.

DARIUS A. PADUCH,

               Defendant.

No. 23-cr-181 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Court is in receipt of Defendant's motion for a new trial. Doc. No. 165. Because the sentencing in this matter is scheduled for November 20, 2024, the government is hereby ordered to respond to Defendant's motion by October 31, 2024. Defendant shall have until November 7, 2024 to file any reply. If either party objects to this briefing schedule, they shall notify the Court no later than October 25, 2024.

SO ORDERED.

Dated:    October 24, 2024
            New York, New York

                                                         Ronnie Abrams
                                                         United States District Judge