UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | No. 23-cr-181(RA) |
| DARIUS A. PADUCH, | ORDER |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

Sentencing in this case is scheduled for November 20, 2024. As the parties are aware, the Crime Victims' Rights Act ("CVRA") grants victims of federal crimes the right to speak at a defendant's sentencing. *See In re Rendon Galvis*, 564 F.3d 170, 174 (2d Cir. 2009). Although the CVRA is limited to victims of the offense of conviction, district courts have discretion to permit other, uncharged victims to speak, provided that the defendant has a fair opportunity to respond. *See United States v. Smith*, 967 F.3d 198, 216 (2d Cir. 2020). If the Government wishes to introduce statements from any non-CVRA victims, it shall notify the Court no later than November 8, 2024. The Government shall also indicate whether it wishes to have any victim statements (CVRA or otherwise) read aloud by another person. Paduch will have an opportunity to respond and object to any such statements at sentencing. *See id.*; *see also United States v. Hadden*, No. 23-6822, 2024 WL 4456203, at *6 (2d Cir. Oct. 10, 2024) (noting that defendants may object to victim statements as unreliable).

SO ORDERED.

Dated:   November 4, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge