

BALDASSARE & MARA, LLC

**VIA ECF**

November 5, 2024

The Honorable Ronnie Abrams,
 United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted. Defendant's sentencing submission shall be filed by November 8, 2024 and the Government's sentencing submission shall be filed by November 15, 2024.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
November 6, 2024

Re:   *United States of America v. Darius A. Paduch,*
        Case No. 1:23-cr-00181 (RA)

Dear Judge Abrams:

This firm represents Darius Paduch in the above-referenced matter. We request a brief extension to Friday November 8th, to file Dr. Paduch's sentencing memo. In the event Your Honor grants this request, the Government asks for a corresponding two-day extension, if needed. The Government otherwise does not oppose this request.

We thank Your Honor for your time and attention to this matter.

Respectfully,

Michael Baldassare

cc:   Counsel of Record