

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 8, 2024

**BY ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Darius Paduch*, S2 23 Cr. 181 (RA)

Dear Judge Abrams:

    The Government writes to supplement its letter of November 6, 2024 (Dkt. 172). The Government learned today of another individual who wishes to address the Court at sentencing, which is scheduled for November 20, 2024. The victim is the mother of B.B.,[1] who was abused as a minor under the defendant's care. Although B.B. was not a statutory victim named in the above-captioned Indictment, the Government respectfully submits that B.B. is a "victim" as defined by the Crime Victims' Rights Act and that his mother should be permitted to speak at sentencing.

        Very truly yours,

        DAMIAN WILLIAMS
        United States Attorney

by: _____
        Marguerite B. Colson
        Elizabeth A. Espinosa
        Ni Qian
        Jun Xiang
        Assistant United States Attorney
        (212) 637-2587 | -2216 | -2264 | -2289

---

[1] B.B. was identified as Victim-25 in the Government's motions *in limine*. (Dkt. 74).