# DARIUS A. PADUCH, M.D., PH.D.

**HOME ADDRESS**



**ACADEMIC AFFILIATION**
The Smith Institute for Urology/
Northwell Health
1000 Northern Blvd, Ste 120
Great Neck, NY 11021

## EDUCATION:

- B.S., Biochemistry, *Copernicus Gymnasium, Kolobrzeg, Poland*
  9/1982 – 6/1986
- M.D. Degree, *Medical Academy of Lodz, Poland,*
  10/1986 – 4/1993, 10/1990 – 4/1993  MD/PhD Program
- Ph.D. in Applied Medical Sciences – Molecular Microbiology, *Medical Academy of Lodz, Poland, Polish Mother's Institute for Medical Research, Lodz, Poland*
  10/1990 – 6/2002
- Residency in Urology, *Oregon Health and Science University, Portland, OR*
  7/1996 – 6/2002
- Fellowship in Male Infertility and Andrology, *Weill Medical College of Cornell University, New York, NY*
  7/2003-6/2005
- Postdoctoral Fellowship in Molecular Reproductive Biology, *Center for Biomedical Research, Population Council, New York, NY*
  7/2003 – 6/2005

## IMMIGRATION STATUS:

Citizen of the USA

## MILITARY EXPERIENCE:

Captain, United States Army Reserves, Medical Core, honorably discharged

## WORK EXPERIENCE:

- Staff Physician, Preventive Adolescent Industrial Medicine, *Engineering and Builders Vocational School and College no 1., Pabianice, Lodz, Poland 8/1/1993 to 6/1995*
- Instructor in Pediatric Surgery and Urology, Co-Director Center for Adolescent Andrology,  Staff Scientist, *Dept. of Pediatric Surgery, Polish Mother's Memorial Hospital, Lodz, Poland*
  7/1993 –9/1995
- Intern in Internal Medicine, *Mercy Catholic Medical Center, Darby, PA*
  10/1995 – 6/1996
- Resident in Urology, *Oregon Health and Science University, Portland, OR*
  7/1996 – 6/2002
- Assistant Professor of Surgery, Director of Urogynecology and Urodynamics, *Div. of Urology, Oregon Health and Science University, Portland, OR*
  7/2002 – 6/2003

1

**B1**

- Instructor in Urology, Postdoctoral Fellow, *Dept. of Urology, Weill Medical College of Cornell University, New York, NY*
  7/2003 – 6/2005
- Assistant Professor of Urology and Reproductive Medicine, *Brady Urologic Health Center, Cornell Institute for Reproductive Medicine, New York, NY*
  7/2005 –6/2012
- Staff Scientist, Center for Biomedical Research, *Population Council, New York, NY*
  *7/2005-present*
- New York State Department of Health Certified Genetic, Endocrinology, Microbiology, and Andrology Laboratory Director, *Department of Urology and Reproductive Medicine, Weill Cornell Medical College, New York, NY*
  8/2007-present
- Research Director of Fellowship Program in Male Infertility and Andrology, *Department of Urology and Reproductive Medicine, Weill Cornell Medical College, New York, NY*
  7/2008-11/2019
- President and Chief Scientist, *Consulting Research Services, Inc,* North Bergen, NJ
  3/2009-present
- Director and Student Advisor of Mimi Suico Students Summer Research Program, *Weill Cornell Medical College, New York, NY*
  *7/2009-11/2019*
- Associate Professor of Urology and Reproductive Medicine, *Brady Urologic Health Center, Cornell Institute for Reproductive Medicine, Weill Cornell Medical College, New York, NY*
  *7/2012-11/2019*
- Director Sexual Health and Medicine, *Brady Urologic Health Center, Cornell Institute for Reproductive Medicine, Weill Cornell Medical College, New York, NY*
  *10/2012-11/2019*
- Herbert Fisk Johnson Endowed Associate Professor of Urology and Reproductive Medicine*, Brady Urologic Health Center, Cornell Institute for Reproductive Medicine, Weill Cornell Medical College, New York, NY*
  *7/2012-3/2019*
- Chair of Weill Cornell Medical College LGBT Curriculum Committee, *Weill Cornell Medical College, New York, NY*
  *4/2015-3/2018*
- Director of Penile Transplantation Program, Dept of Urology, *Weill Cornell Medicine, New York,*
  *7/2016-3/2020*
- Associate Professor of Urology, Director of Male Infertility and Microsurgery NSUH, *Smith Institute for Urology, Northwell Health, North Shore University Hospital, Great Neck, NY*
  *3/2020 - current*

## ADDITIONAL EXPERIENCE AND QUALIFICATIONS:

### A. CLINICAL:

- Trained in and practicing both pediatric and adult reproductive urology
- Expert in male infertility, fertility preservation, erectile dysfunction, sexual health and medicine of men and women, andrology, testosterone replacement, reproductive genetics, post-prostatectomy sexual dysfunction comprehensive management
- Excellent surgical skills in all aspects of microsurgery (>3000 cases performed): vasovasostomy, vasoepididymostomy, microsurgical testicular sperm extraction, epididymal sperm aspiration, vasectomy, transurethral resection of ejaculatory ducts, seminal vesicles aspiration, ejaculatory ducts visualization and balloon dilation, microsurgical varicocele repair, testicular prosthesis placement, and others
- ESWT for Peyronie's disease, erectile dysfunction, chronic pelvic pain > 200 treatments performed

2

**B2**

- Platelet rich plasma for post-prostatectomy/radiation penile tissue degeneration preparation and use (IRB)
- Transplant surgery and medicine: procurement and donor preparation and surgery
- Penile reimplantation: microsurgical anastomosis, nerve sheets reapproximation, urethroplaty, flaps and grafts planning and management, medical leeches use, complex GU wounds management
- Penile prosthesis placement and management of prosthetic devices mechanical failures and infections
- Penile injection therapy for erectile dysfunction including penile rehab after prostatectomy
- Penile, transrectal, scrotal, and genital ultrasonography both with gray and color Doppler (AUA course faculty)
- Peyronie's disease management: injections therapy and microsurgical plaque incision and grafting
- Penile revascularization and embolization of fistulas (percutaneous and trans-glandular)
- Videourodynamics. EMG,  and interstim placement
- Endourology, trained in percutaneous access, ESWT for stones
- Internal medicine, and reproductive endocrinology of children and adults
- Management and evaluation of chronic pelvic pain
- New York State Certified medical marijuana prescriber in the State of New York
- Individual and couple sexual therapy pertinent to the practice of sexual medicine in urology

### B.  CLINICAL TRIALS, LABORATORY,  RESEARCH and MANAGEMENT

- NIH ad-hoc reviewer and study sections member
- New York State Department of Health Certificate of Qualification as laboratory director in endocrinology, andrology, microbiology, and genetics
- Department of Urology, WCMC, point-of-care laboratory quality assurance leader and director
- Principal investigator in multiple basic and clinical trials including FDA regulated trials
- Member of Internal Board Review committee
- AUA registered expert witness
- Bioinformatics: DNA and RNA short and long read sequencing, and advanced statistical analysis programmer
- Coding and programming in Python, R, Linux, servers deployment and security
- Bioimaging: expert in advanced MRI/A, CT, microscopy and qualitative and quantitative 2D and 3D image analysis and reconstruction, I developed dynamic MRA cavernosography with radiology department.
- Bioengineering: prototyping, 3D modeling for micro and macro scale, 3D printers design and use, Raspberry, RUMBA, Arduino boards use in IoT and wearable gadgets design; programming of EPROMs /Merlin. I have served as PhD students advisor and students mentor to Cornell University bioengineering program.
- High complexity clinical laboratory management experience > 10 years
- Advanced flowcytometry and cell sorting, cell cultures preparation, immortalization, and preparation
- QuickBooks accounting and small business management
- Men's Health Magazine and Buzzfeed and others medical contributor

### AWARDS and HONORS:

- AAP, Section on Urology; 1st Place in Clinical Research Prize Award, San Francisco, 1995
- C.V. Hodges Best Resident Paper, Portland, 1999
- Miley B. Wesson Western Section AUA Award, Anchorage, 2001
- Society for Male Reproduction and Urology Traveling Award, Orlando, 2001
- Scholar in Marine Biological Laboratory (Frontiers in Reproduction), Woods Hole, 2001
- Pfizer Scholars in Urology Award, Portland, 2001
- In-Training Award of American Society for Reproductive Medicine, Philadelphia, 2004
- New Investigator Award, American Society of Andrology, Baltimore, 2004
- Thomas C. Chang Trainee Travel Award, American Society of Andrology, Baltimore, 2004
- Cook Urology Travel Award, American Society of Andrology, Seattle, 2005

B3

- 2nd Place, Best Research, AUA Foundation Research Forum, Chicago, 2009
- Society for Study of Male Reproduction AUA 2009 Research Forum Scholar, Chicago, 2009
- AFUD research grant award, role: mentor, trainee Peter Stahl, 2010-2012
- AUA NYS Best Research, AUA Foundation Research Forum, San Diego, 2013
- New York Academy of Medicine research grant award, role: mentor, trainee Matthew Worsnitzer, 2012-2014
- New York Academy of Medicine research grant award, role: mentor, trainee Christopher Ryan, 2014
- Castle Connolly Regional Top Doctor 2015
- Top Doctors New York Metro Area 2016
- Castle Connolly Regional Top Doctor 2016
- AFUD research grant award, role: mentor, trainee Ryan Flannigan, 2016-2018
- Top Doctors New York Metro Area 2017
- Castle Connolly Regional Top Doctor 2017
- SMSNA research grant award, role: mentor, trainee Ryan Flannigan, 2017
- SMRU research grant award, role: mentor, trainee Ryan Flannigan, 2017
- New York Academy of Medicine research grant award, role: mentor, trainee Russel Hayden, 2018-2019
- American Society of Reproductive Medicine SMRU best research presentation, Salt Lake City, 2017
- AUA annual meeting best poster in male infertility basic research, San Francisco, 2018
- American Society of Reproductive Medicine Star Award 2017 and 2018
- Top Doctors New York Metro Area 2018
- Castle Connolly Regional Top Doctor 2018
- Invited speaker at Endocrine Society Annual Meeting, New Orleans 2019
- Invited speaker at SMRU/AUA Annual Meeting, Chicago 2019
- Top Doctors New York Metro Area 2019
- Castle Connolly Regional Top Doctor 2019

**BOARDS, COMMITTEES, and ADVISORY**

- CDC/Endocrine Society coalition for testosterone testing/PATH on behalf of AUA Office of Education  2009-present
- AUA office of education ad hoc committee for testosterone testing, Chair, 2009-present
- Member of AUA guideline committee on disorders of ejaculation: 2019-present
- Eli Lilly and Company, advisory board member 2008- 2016
- American Society of Andrology Annual Meeting Program Committee 2012-2013
- American Society of Andrology – member executive committee – 2014-2017
- Antares Advisory Board, 2014 - 2016
- Abbvie Advisory Board, 2012 - 2017
- Bayer Advisory Board, 2014 - present
- Society Assisted Reproductive Technology Research Committee Board Member, 2007-2010
- NIH peer-reviewer *Reproductive and Perinatal Biology* Special Emphasis Panel  2018
- American Society of Andrology Annual Meeting Program Committee 2017-2018
- NIH study section group member May 2019

**MEMBERSHIP IN PROFESSIONAL ORGANIZATIONS:**

- American Urological Association
- American Society for Reproductive Medicine
- American Society of Andrology
- Endocrine Society
- Sexual Medicine Society of North America
- Society for Male Reproduction and Urology

4

**B4**

- Society for the Study of Male Reproduction

*SPECIAL TRAINING*

- NIH, NIDDK Clinical research in Kidney and Urologic Diseases course, Washington, DC, 2004
- Responsible Conduct of Research certificate, IRB, Weill Medical College, NYC, NY, 2004
- Laboratory Safety Course, Rockefeller University, NYC, NY, 2003
- Laboratory Radiation Safety Course for PI, Weill Medical College, NYC, NY, 2003
- Research Integrity Training for Principal Investigators, 2008
- New York State Department of Health certified medical marijuana prescriber, 2019

*LICENSURE:*

- State of New York, unlimited, current, active, 227386-1 exp: 04/30/2022
- State of Oregon, unlimited, inactive, MD24101
- NPI 1265529333
- DEA certificate, current, BP8010592 exp: 03/31/2020
- CAQH ID 11820991

*BOARD CERTIFICATIONS AND FELLOWSHIPS:*

- Diplomat American Board of Urology
- Subspecialty fellowship training in Male Infertility and Andrology

*NIH FUNDING:*

<u>*Current:*</u>

1R03HD094046 – 01
**Grant Title: Isolation of Viable Human Sperm from Failed Microsurgical Testicular Biopsies**
Funded Project Period: 9/1/2018-8/31/2020
Role: Principal Investigator

P50HD076210
**Grant Title: Role of small RNAs in male infertility. Project II.**
Funded Project Period: 4/2014-4//2019 with extension to 4/2020
Role: Principal Investigator

P50HD076210
**Grant Title: Role of small RNAs in male infertility, Core C.**
Funded Project Period: 4/2014-4//2019
Role: Co-Director, Small RNA pathways in mammalian gametogenesis: Outreach Core C.

<u>*Past:*</u>

R01HD074542
**Grant Title: Regulation of stem spermatogonia in the mature testis. Wright, William**

B5

Project Period: 4/1/2012-3/31/2017
Role: Co-Investigator

5T35EB006732
**Grant Title: Clinical Summer Immersion for Biomedical Engineering PhD Students.**
PI: Frayer, William Webster; PRINCE, MARTIN R; Wang, Yi (Contact)
Project Period:  09/30/2006-08/31/2016
Role: Key Personnel

P50HD078641
**Grant Title: Genomics of Spermatogenic Impairment**
Project Period: 7/1/2014- 6/30/2019
Role: Key Personnel


*AFUD/NYAM/SMSNA/SMRU GRANTS and AWARDS FOR TRAINEES IN MY LAB:*

**Funding agency: AUA Care Foundation**
**Grant tittle: MiRNA 202-5p as a non-hormonal contraceptive: a preclinical study.**
Trainee: Nahid Punjani, MD, MPH
Project period: 7/1/2019 to 6/30/2020
Role: Mentor

**Funding agency: New York Academy of Medicine /**
**The Ferdinand C. Valentine Fellowship Award for Research in Urology**
**Grant tittle: Role of long non-coding RNAs in male infertility**
Trainee: Russel Hayden, MD
Project period: 7/1/2018 to 6/30/2019
Role: Mentor


**Funding agency: AUA Care Foundation**
**Grant tittle: Evaluation of Role of miRNA202-5p in Regulation of Spermatogenesis Using Lecithin:Retinol Acyltransferase (LRAT) Knockout Model.**
Trainee: Ryan Flannigan, MD
Project period: 7/1/2016 to 6/30/2018
Role: Mentor

**Funding agency: Sexual Medicine Society of North America**
**Grant tittle: fMRI evaluation of delayed orgasm & ejaculation.**
Trainee: Ryan Flannigan, MD
Project period: 7/1/2017 to 6/30/2018
Role: Mentor

**Funding agency: NIH**
**Award: NIH  Trainee Travel Award**
**Project tittle: Abnormal Expression, Localization, And Trafficking Of Micro-Rnas In Men With Nonobstructive Azoospermia**
Trainee: Ryan Flannigan, MD
Project period: 2018
Role: Mentor

**Funding agency: Society for the Study of Male Reproduction.**

6

**B6**

**Award: Arnold Belker Traveling Fellow**
**Project title: Pilot Study Results Using Fluorescence Activated Cell Sorting Of Spermatozoa From Testis Tissue: A Novel Method For Sperm Isolation After TESE.**
Trainee: Ryan Flannigan, MD
Project period: 2017
Role: Mentor

**Funding agency: American Society of Reproductive Medicine**
**Award: Corporate Member Council In- training Travel Grant.**
**Project tittle: Large scale miRNA and piRNA sequencing analysis of testis biopsies from fertile an infertile men reveals differences between miRNA and piRNA expression during spermatogenesis cycle.**
Trainee: Ryan Flannigan, MD
Project period: 2017
Role: Mentor

**Funding agency: NIH**
**Award: NIH Trainee Travel Award**
**Project tittle: Loss Of Translational Suppression Of Prm1/2 Via Ybx2 Is A Culprit Of Early And Late Maturation Arrest In Humans.**
Trainee: Ryan Flannigan, MD
Project period: 2017
Role: Mentor

**Funding agency: New York Academy of Medicine /**
**The Ferdinand C. Valentine Fellowship Award for Research in Urology**
**Grant tittle: The Role of Ubiquitin Specific Protease 26 (USP26) in Testicular Function and Male Infertility**
Trainee: Matthew Wosnitzer, MD
Project period: 7/1/2013 to 6/30/2014
Role: Mentor

**Funding agency: New York Academy of Medicine /**
**The Ferdinand C. Valentine Fellowship Award for Research in Urology**
Grant tittle: Investigation of the Pathophysiology of Leydig Cell Dysfunction and Impaired Spermatogenesis Using a Novel Mouse Varicocele Model
Trainee: Howard H. Kim, MD
Project period: 7/1/2007 to 6/30/2008
Role: Mentor

**Funding agency: AUA Care Foundation**
**Grant tittle: Role of Y chromosome genes in regulation of spermatogenesis**
Trainee: Peter Stahl, MD
Project period: 7/1/2010 to 6/30/2012
Role: PI/Mentor

*PRIVATE FOUNDATIONS GRANTS AND SUPPORT:*

**Grant Title: Male Infertility and Andrology Research**
Founding Agency: Robert Dow Foundation
Amount: $100,000 annually
Project Period: 10/30/2011- present, annually renewed
Role: Principal Investigator

**Grant Title: Klinefelter Syndrome – improving care through translational research**
Founding Agency: Irena and Howard Laks-McLean
Amount: $30,000
Project Period: 10/30/2010 - present, annually renewed
Role: Principal Investigator

**Grant Title: Isolation of sperm from ejaculate of men with NOA**
Founding Agency: A-Time
Amount: $100,000
Project Period: 10/30/2018 - present, annually renewed
Role: Principal Investigator

## *CLINICAL TRIALS GRANTS AND FUNDING:*

**1. TSAB clinical trial:** I5E-MC-TSAB:A Randomized, Double-Blind, Placebo-Controlled, Proof-of-Concept Study to
Explore the Impact of Testosterone Solution 2% on Symptoms of Ejaculatory Dysfunction in Men with Testosterone Deficiency
**Sponsor: Eli Lilly and Company**
**Role: Principal investigator**
**Period: 9/15/2011-3/15/2015**

**2. LVIR clinical trial:** A Randomized. Double Blind. Placebo-controlled Study to Evaluate the Effect of Tadalafil Once Daily for 8 Weeks on Prostatic Blood Flow and Perfusion Parameters in Men with Signs and Symptoms of Benign Prostatic Hyperplasia
**Sponsor: Eli Lilly and Company**
**Role: Principal investigator**
**Period: 9/15/2010 -12/31/2015**

**3. ROCHE clinical trial:** A multicenter prospective cohort study to investigate if ganciclovir significantly affects spermatogenesis in adult male renal transplant recipients receiving up to 200 days valganciclovir vs. concurrent untreated matched controls.
**Sponsor: Roche**
**Role: Principal investigator**
**Period: 8/15/2011 - 12/30/2017**

## *PATENTS:*

1.      BestSpermSelect - A Novel Technique of Diagnostic and Therapeutic Human and Animal Sperm Selection Based on Early Apoptotic Markers      US 13/124,246    pending

2.      Force-measuring Silicon Microprobe and Uses Thereof. US 8,197,418    issued

3.      HSFY mRNA Level Predicts Success of Sperm Retrieval in Men with Nonobstructive Azoospermia 61/454,283; PCT/US2012/029239   pending

## *GRADUATE TEACHING AND EDUCATION ACTIVITIES:*

As research director of fellowship program I am in charge of preparing and updating training curriculum for the fellows, residents and students. I meet with trainees every Tuesday for the lab meeting and also individually.

B8

I also teach and supervise endocrinology fellows (Department of medicine) who rotate through my practice to learn about male reproductive endocrinology.

1. Male Infertility and Andrology Fellowship Didactic Lectures and Research Supervision – Role: Course director
   Number of lectures: 75 /year
   Audience: Residents/Fellows
   Location: WCMC
   Frequency/Contact Hours: weekly: 2 hours group lecture / 10 h individual supervision
   Number of Learners: 6

2. Basic Evaluation of Male Infertility - Lectures for CRMI Fellows -
   Role: Lecturer
   Number of lectures: 3 a year
   Audience: Residents/Fellows
   Frequency/Contact Hours: 4
   Number of Learners: 9

3. Urology Grand Rounds Lectures for Urology Residents
   Role: Lecturer
   Number of lectures: 3 a year
   Audience: Residents/Fellows
   Location: WCMC
   Frequency/Contact Hours: 3
   Number of Learners: 20

4. Reprod BOD - Role: Lecturer
   Number of lectures: 1 a year
   Audience: Medical Students
   Location: WCMC
   Frequency/Contact Hours: 1
   Number of Learners: 60

5. Reprod HID
   Role: Lecturer
   Number of lectures: 1 a year
   Audience: Medical Students
   Location: WCMC
   Frequency/Contact Hours: 1
   Number of Learners: 60

### *CONTRIBUTIONS TO UROLOGY AND ANDROLOGY:*

*H-index = 26, i10-index 50, total number my work was cited = 2,276 as of April of 2019*

*1.        Advancements in Evaluation and management of male infertility: my key contributions to male infertility stem from my work on genetics of male infertility and sperm DNA damage. My lab was first to show that mutations in gene USP26 are associated with male infertility. We showed that estradiol signaling in human testis is carried via g protein coupled receptor GPER-1 thus changing a paradigm of E2 signaling. Together with my fellows and collaborators I showed the importance of Y chromosome testing in evaluation of azoospermia. My lab is known for studying role of sperm DNA damage and we showed that some of SSRIs can affect male fertility. I co-led 5 year-long multicenter FDA directed study on effects of ganciclovir on sperm parameters in recipients of renal*

B9

*transplantation (in press). Overall my publications about etiology, evaluation, and treatment of male infertility, excluding publications focused on Klinefelter syndrome and varicocele, were cited 648 times*

2.   <u>Klinefelter syndrome in adolescents and adults:</u> *I advanced care of adolescents and men with Klinefelter syndrome by promoting early detection of Klinefelter syndrome, early preservation of fertility, patient centered hormonal manipulation and multidisciplinary care. The paradigm of KS management I developed has been replicated in centers around the world. I have very large population of patients with KS in USA. My publications on Klinefelter syndrome were cited over 340 times*

3.   <u>Effects of large adolescent's varicocele on reproduction</u>. *I showed that delay in surgical repair of large adolescent varicocele leads to a decline in semen parameters and progressive testicular atrophy. My publications on adolescent varicocele are referenced in both AUA and ASRM guidelines on the management of male infertility. My work on varicocele was cited more than 300 times.*

4.   <u>Pathophysiology and management of postprostatectomy erectile and sexual dysfunction.</u> *I performed experiments showing that cavernosal nerve injury leads to activation of apoptosis which can be reversed by use sildenafil in animal model (collaboration with MSK group). My publications on postprostatectomy sexual dysfunction and utilization of penile prosthesis were cited in over 200 manuscripts.*

5.   <u>Neurobiology of anejaculation and delayed ejaculation:</u> *I have developed objective methods to evaluate disorders of ejaculation and orgasm (DEOs) using fMRI of brain, ultrasound, and measurement of neurotransmitters in peripheral blood.. I wrote an AUA update on disorders of ejaculation. My publications on the effects of tadalafil and testosterone treatment on DEOs were highlighted by the editor of the British Journal of Urology and cited over 100 times. I worked with Dr. Pozor, DVM from the University of Florida to diagnose and treat anejaculation in the champion stallion.*

6.   National harmonization of laboratory testing in endocrinology and urology. *For over ten years I have represented the AUA Office of Education as a key and founding member of PATH: intergovernmental and cross-societal group to advance laboratory testing standards in the USA. I testified in front of the USA Congress on the importance of hormonal testing harmonization and standardization. I was selected to speak together with the director of the CDC as one of very few urologists worldwide certified as a clinical laboratory director in andrology, endocrinology, genetics, and GU microbiology. I prepared white paper on laboratory testing of hypogonadism for AUA office of education. My work on diagnosis and management of hypogonadism was cited 91 times.*

7.   <u>Penile transplantation program</u>: *I established IRB and New York Organ Procurement Organization (LiveOnNY) program of procurement of organ donor phallus for clinical research in anticipation of establishing active penile transplantation program. We published first ever manuscript on attitudes of medical professionals toward penile transplantation and perception of what contributes to men's sense of gender. I have prepared NIH R21 grant application to further study social, psychological, and ethical issues related to penile transplant.*

8.   <u>Isolation of sperm using flow cytometry</u>: *I developed a novel, reproducible method to identify and isolate viable sperm when no other methods like microsurgical testicular sperm extraction can find a sperm thus giving hope to infertile couples for whom there were no other options of having their own children. This break-through research lead to receiving NIH grant on first attempt in recognition of practice altering importance of my work.*

## TEACHING AND MENTORING EXPERIENCE:

- *Trained and mentored over 50 trainees over the last 17 years*

- *Prepared research projects, grants applications, secured funding for trainees. AUA Care Foundation, New York Academy of Medicine, Sexual Medicine Society of North America, Society for Study of Male*

**B10**

*Reproduction and NIH provided grants and awards for most of fellow in andrology and male infertility who trained under my direct supervision in my lab.*

- *Prepared curriculum for fellows and residents in areas of andrology, infertility, and sexual medicine*

- *Trained every urology residents at WCM in microsurgery techniques in operating room and the microsurgical training laboratory*

- *Trained endocrinology fellows (medicine) who rotated through my practice*

- *Raised funds and effectively run summer research program for high school seniors and undergrads*

## *ADMINISTRATIVE AND MANAGEMETN EXPERIENCE:*

- *Responsible for daily operations of busy high complexity laboratory in capacity of laboratory director. Duties: preparation and oversight of standard operating procedures, compliance with CLIA, New York State Department of Health and local rules and regulations, review and signing off on performed billable assays, quality assurance, good laboratory practices standards compliance, billing oversight, development of new assays and validation techniques.*
- *I have run male infertility and andrology fellowship selection and admission process.*

## *PUBLICATIONS*

1. Flannigan R, Heier L, Voss H, Chazen JL, Paduch DA.: "Functional Magnetic Resonance Imaging Detects Preliminary Between-Group Differences in Neural Activation Among Men with Delayed Orgasm Compared to Normal Controls." Accepted for publication in Journal of Sexual Medicin 5/6/2019

2. Paduch DA, Hilz S, Grimson A, Schlegel PNS, Jedlicka AE, Wright WW: "Aberrant Gene Expression by Sertoli cells in Infertile Men with Sertoli Cell Only Syndrome". Accepted for publication in PLOS ONE, 5/1/2019

3. Singh P, Patel RK, Palmer N, Grenier JK, Paduch DA, Kaldis P, et al. "CDK2 kinase activity is a regulator of male germ cell fate." bioRxiv. 2019:595223.

4. Najari B, Flannigan R, Hobgood J, Paduch DA.: "Attitudes Toward Penile Transplantation Among Urologists and Health Professionals." Sex Med 2018; Epub September 2018

5. Flannigan R, Mielnik A, Robinson BD, Khani F, Bolyakov A, Schlegel PN, et al." YBX2 Dysregulation in Maturation Arrest NOA YBX2 Dysregulation is a Potential Cause for Late Maturation Arrest in Men with Non-Obstructive Azoospermia. bioRxiv". 2018:364968.

6. Forbes CM, Flannigan R, Paduch DA. "Perineal Ultrasound: a Review in the Context of Ejaculatory Dysfunction." Sex Med Rev 2018;6:419-428.

7. Flannigan R, Patel P, Paduch DA. "Klinefelter Syndrome. The Effects of Early Androgen Therapy on Competence and Behavioral Phenotype." Sex Med Rev 2018;6:595-606.

8. Maggi M, Heiselman D, Knorr J, Iyengar S, Paduch DA, Donatucci CF. Impact of Testosterone Solution 2% on Ejaculatory Dysfunction in Hypogonadal Men. J Sex Med. 2016;13(8):1220-6.

9.  Najari BB, Introna L, Paduch DA. Improvements in Patient-reported Sexual Function After Microsurgical Varicocelectomy. Urology. 2017;110:104-9.

10. Paduch, D. A. and B. Najari (2017). "Author Reply." Urology 110: 109.

11. Singh D, Paduch DA, Schlegel PN, Orwig KE, Mielnik A, Bolyakov A, Wright WW.: (2017). "The production of glial cell line-derived neurotrophic factor by human sertoli cells is substantially reduced in sertoli cell-only testes." Hum Reprod 32(5): 1108-1117.

12. Paduch DA, Polzer P, Morgentaler A, Donatucci C, Ni X, Patel Ab, Basaria S. Response And Rebuttal To Editorial Comment On: Clinical And Demographic Correlates Of Ejaculatory Dysfunctions Other Than Premature Ejaculation: A Prospective, Observational Study. J Sex Med. 2015 Dec; 12(12):2289-90.

13. Mehta, A, Alexander B, Schlegel PN, Paduch D: Higher Pregnancy Rates Using Testicular Sperm In Men With Severe Oligospermia. Fertility And Sterility. 2015 Dec; 104(6): 1382-7.

14. Paduch DA, Polzer Pk, Ni X, Basaria S. Testosterone Replacement In Androgen-Deficient Men With Ejaculatory Dysfunction: A Randomized Controlled Trial. J Clin Endocrinol Metab. 2015 Aug;100(8):2956-62.

15. Paduch Da. Editorial Comment. Urology. 2014 Dec;84(6):1340-1.

16. Najari Bb, Robinson Bd, Paget Sa, Paduch DA. Clinical, Radiographic, And Pathologic Description Of Igg4-Related Perivasal Fibrosis: A Previously Undescribed Etiology Of Chronic Orchialgia. Urology. 2014 Oct;84(4):748-50.

17. Dabaja, A. A., Mielnik, A., Robinson, B. D., Wosnitzer, M. S., Schlegel, P. N., & Paduch, D. A. (2015). Possible Germ Cell-Sertoli Cell Interactions Are Critical For Establishing Appropriate Expression Levels For The Sertoli Cell-Specific Microrna, Mir-202-5p, In Human Testis. *Basic And Clinical Andrology*, 25(1), 2.

18. Lee, D. J., Najari, B. B., Davison, W. L., Al Awamlh, B. A. H., Zhao, F., Paduch, D. A., ... & Lee, R. K. (2015). Trends In The Utilization Of Penile Prostheses In The Treatment Of Erectile Dysfunction In The United States. *The Journal Of Sexual Medicine*. 2015 Jul; 12(7): 1638-1645.

19. Paduch, D. A., Polzer, P. K., Ni X., Basaria S; Testosterone Replacement In Androgen-Deficient Men With Ejaculatory Dysfunction: A Randomized Controlled Trial, *The Journal Of Clinical Endocrinology & Metabolism*, Volume 100, Issue 8, 1 August 2015, Pages 2956–2592

20. Stahl Pj, Cogan C, Mehta A, Bolyakov A, Paduch DA, Goldstein M. Concordance Among Sperm Deoxyribonucleic Acid Integrity Assays And Semen Parameters. *Fertility And Sterility.* 2015 July; 12(1): 56-61.

21. Dabaja Aa, Bryson Cf, Schlegel Pn, Paduch DA. The Effect Of Hypogonadism And Testosterone-Enhancing Therapy On Alkaline Phosphatase And Bone Mineral Density. BJU International. 2014 July; 115(3): 480-485.

22. Pinggera Gm, Frauscher F, Paduch DA, Bolyakov A, Efros M, Kaminetsky J, Da Pozzo L, Esler A, Cox D. Effect Of Tadalafil Once Daily On Prostate Blood Flow And Perfusion In Men With Lower Urinary Tract Symptoms Secondary To Benign Prostatic Hyperplasia: A Randomized, Double-Blind, Multicenter, Placebo-Controlled Trial. Urology. 2014;84(2):412-20.

23. Mehta, A, Clearman T, Paduch DA: Safety And Efficacy Of Testosterone Replacement Therapy In Adolescents With Klinefelter Syndrome. J Urol. 2014 May;191(5 Suppl):1527-31.

24. Wosnitzer Ms, Mielnik A, Dabaja A, Robinson B, Schlegel Pn, Paduch DA.: Ubiquitin Specific Protease 26 (Usp26) Expression Analysis In Human Testicular And Extragonadal Tissues Indicates Diverse Action Of Usp26 In Cell Differentiation And Tumorigenesis. Plos One. 2014;9(6):E98638. Epub 2014

25. Vaucher L, Funaro Mg, Mehta A, Mielnik A, Bolyakov A, Prossnitz Er, Schlegel Pn, Paduch DA.: Activation Of Gper-1 Estradiol Receptor Downregulates Production Of Testosterone In Isolated Rat Leydig Cells And Adult Human Testis. Plos One. 2014;9(4):E92425. 2014.

26. Paduch DA, Brannigan Re, Fuchs Ef, Kim Ed, Marmar Jl, Sandlow Ji. The Laboratory Diagnosis Of Testosterone Deficiency. Urology. 2014;83(5):980-8.

27. Mehta A, Mielnik A, Schlegel Pn, Paduch DA. Novel Methylation Specific Real-Time Pcr Test For The Diagnosis Of Klinefelter Syndrome. Asian J Androl. 2014. Epub 2014/06/14.

28. Funaro M, Paduch DA. Novel Markers Of Male Infertility. Methods Mol Biol. 2014;1154:233-50. Epub 2014/05/02.

29. Dabaja Aa, Wosnitzer Ms, Mielnik A, Bolyakov A, Schlegel Pn, Paduch DA. Bulbocavernosus Muscle Area Measurement: A Novel Method To Assess Androgenic Activity. Asian J Androl. 2014. Epub 2014/03/05.

30. Dabaja Aa, Wosnitzer Ms, Bolyakov A, Schlegel Pn, Paduch DA. When To Ask Male Adolescents To Provide Semen Sample For Fertility Preservation? Translational Andrology And Urology. 2014;3(1):2-8

31. Mehta, A, Bolyakov A,. Sultan RC, Vaucher L, Mielnik A, Kiper A Paduch DA. "Testosterone Levels Do Not Decline With Age In Healthy Men." Open Journal Of Urology 3, No. 04 (2013): 173-178

32. Funaro, M, Bolyakov A, Gimenez E, Herman M, Paduch DA.: "Low Testosterone—An Important Predictor Of Low Mineral Bone Density In Young Men—Our Own Experience And A Review Of Literature." Advances In Sexual Medicine 2013 (3), 19-33

33. Kim H, Funaro M, Mazel S, Goldstein M, Schlegel Pn, Paduch DA.: Flow Cytometric Characterization Of Apoptosis And Chromatin Damage In Spermatozoa. Reprod Biomed Online. 2013 Apr;26(4):393-5.

34. Lopes, A. M., Aston, K. I., Thompson, E., Carvalho, F., Gonçalves, J., Huang, N., … Conrad, D. F. (2013). Human Spermatogenic Failure Purges Deleterious Mutation Load From The Autosomes And Both Sex Chromosomes, Including The Gene *Dmrt1* . *Plos Genetics*, *9*(3), E1003349.

35. Wosnitzer M, Paduch DA.  Endocrinological Issues And Hormonal Manipulation In Children And Men With Klinefelter Syndrome. Am J Med Genet C Semin Med Genet. 2013 Feb 15;163(1):16-26.

36. Paduch DA, Bolyakov A, Polzer Pk, Watts Sd.: Effects Of 12 Weeks Of Tadalafil Treatment On Ejaculatory And Orgasmic Dysfunction And Sexual Satisfaction In Patients With Mild To Severe Erectile Dysfunction: Integrated Analysis Of 17 Placebo-Controlled Studies. Bju Int. 2013 Feb;111(2):334-43.

37. Mehta, A., et al. "Successful testicular sperm retrieval in adolescents with Klinefelter syndrome treated with at least 1 year of topical testosterone and aromatase inhibitor." Fertil Steril 100(4): 970-974.,2013

38. Lucca I, Paduch DA, Pralong F, Vaucher L. Male Sexual Dysfunction And Obesity. Rev Med Suisse. 2012 Dec 5;8(365):2327-30.

39. Mehta A, Paduch DA. Klinefelter Syndrome: An Argument For Early Aggressive Hormonal And Fertility Management. Fertil Steril 2012 Aug 98(2):274-83

**B13**

40. Stahl, P. J., Mielnik, A. N., Barbieri, C. E., Schlegel, P. N., & Paduch, D. A. (2012). Deletion Or Underexpression Of The Y-Chromosome Genes *Cdy2* And *Hsfy* Is Associated With Maturation Arrest In American Men With Nonobstructive Azoospermia. *Asian Journal Of Andrology*, *14*(5), 676–682.

41. Mehta, A. , Malek-Jones, M. , Bolyakov, A. , Mielnik, A. , Schlegel, P. N. And Paduch, D. A. (2012), Methylation-Specific Pcr Allows For Fast Diagnosis Of X Chromosome Disomy And Reveals Skewed Inactivation Of The X Chromosome In Men With Klinefelter Syndrome. Journal Of Andrology, 33: 955-962.

42. Tewari A, Grover S, Sooriakumaran P, Srivastava A, Rao S, Gupta A, Gray R, Leung R, Paduch DA. Nerve Sparing Can Preserve Orgasmic Function In The Majority Of Men Following Robotic Assisted Laparoscopic Radical Prostatectomy. Brit J Urol Int 2012 Feb;109(4):596-602

43. Tewari, A. , Grover, S. , Sooriakumaran, P. , Srivastava, A. , Rao, S. , Gupta, A. , Gray, R. , Leung, R. And Paduch, D. A. (2012), Nerve Sparing Can Preserve Orgasmic Function In Most Men After Robotic-Assisted Laparoscopic Radical Prostatectomy. Bju International, 109: 596-602.

44. Vaucher L, Paduch DA, Jichlinski P, Pralong F. Testosterone And Prostate.  Rev Med Suisse. 2011 Dec 7;7(320):2399-400, 2402-3.

45. Bolyakov A, Paduch DA. Prolactin In Men's Health And Disease. Curr Opin Urol. 2011 Nov;21(6):527-34. Review.

46. Stahl Pj, Mielnik A, Schlegel Pn, Paduch DA.Heat Shock Factor Y Chromosome (Hsfy) Mrna Level Predicts The Presence Of Retrievable Testicular Sperm In Men With Nonobstructive Azoospermia. Fertil Steril. 2011 Aug;96(2):303-8. Epub 2011 Jun 15

47. Paduch DA, Bolyakov A, Beardsworth A, Watts Sd, Factors Associated With Ejaculatory And Orgasmic Dysfunction In Men With Erectile Dysfunction: Analysis Of Clinical Trials Involving The Phosphodiesterase Type 5 Inhibitor Tadalafil. Brit J Urol Int. 2012 Apr;109(7):1060-7

48. Hellstrom, W.J.G., Paduch, D. & Donatucci, C.F. Importance Of Hypogonadism And Testosterone Replacement Therapy In Current Urologic Practice: A Review. Int Urol Nephrol (2012) 44: 61.

49. Ramkumar A, Lal A, Paduch DA, Schlegel Pn. An Ultrasonically Actuated Silicon-Microprobe-Based Testicular Tubule Assay. Ieee Trans Biomed Eng. 2009 Nov;56(11):2666-74

50. Vaucher L, Bolyakov A, Paduch DA. Evolving Techniques To Evaluate Ejaculatory Function. Curr Opin Urol. 2009 Nov;19(6):606-14. Review.

51. Stahl Pj, Mielnik A, Margreiter M, Marean Mb, Schlegel Pn, Paduch DA. Diagnosis Of The Gr/Gr Y Chromosome Microdeletion Does Not Help In The Treatment Of Infertile American Men. J Urol. 2011 Jan;185(1):233-7. Epub 2010 Nov 13.

52. Stahl Pj, Masson P, Mielnik A, Marean Mb, Schlegel Pn, Paduch DA. A Decade Of Experience Emphasizes That Testing For Y Microdeletions Is Essential In American Men With Azoospermia And Severe Oligozoospermia. Fertility And Sterility. 2010 Oct; 94(5): 1753-1756.

53. Paduch DA, Bolyakov A, Cohen P, Travis A. Reproduction In Men With Klinefelter Syndrome: The Past, The Present, And The Future. Semen Reprod Med. 2009 Mar; 27(2):137-48. Epub 2009 Feb 26. Review.

54. Tanrikut C, Feldman As, Altemus M, Paduch DA, Schlegel Pn. Adverse Effect Of Paroxetine On Sperm. Fertil Steril 2009.Paduch DA, Bolyakov A, Cohen P, Travis A. Reproduction In Men With Klinefelter Syndrome: The Past, The Present, And The Future. Semin Reprod Med 2009;27:137-48.

55. Paduch DA, Fine Rg, Bolyakov A, Kiper J. New Concepts In Klinefelter Syndrome. Curr Opin Urol 2008;18:621-7.

56. Paduch DA, Bolyakov A, Pacik D. Syndrom Panevni Bolesti U Muzu A Sexualni Dysfunkce. [Chronic Pelvic Pain Syndrome And Sexual Dysfunction]. Urol List 2008;6:18-29.

57. Paduch DA, Bolyakov A, Kiper J, Pacik D. Osteopenie A Osteoporoza U Infertilnich Mladych Muzu Trpicich Sexualni Dysfunkci [Osteopenia And Osteoporosis In Young Men Presenting With Infertility Or Sexual Dysfunction - Clinical Experience.]. Urol List 2008; 6: 40-54.

58. Paduch DA. Transient Asynchronous Testicular Growth In Adolescent Males With A Varicocele - Comment. Journal Of Urology 2008; 180(3): 1111-1115.

59. Muller A, Tal R, Donohue Jf, Et Al. The Effect Of Hyperbaric Oxygen Therapy On Erectile Function Recovery In A Rat Cavernous Nerve Injury Model. J Sex Med 2008;5:562-70.

60. Mulhall Jp, Muller A, Donohue Jf, Et Al. The Functional And Structural Consequences Of Cavernous Nerve Injury Are Ameliorated By Sildenafil Citrate. Journal Of Sexual Medicine 2008;5:1126-36.

61. Funaro M, Kim H, Mazel S, Bolyakov A, Goldstein M, Schlegel PN, Paduch DA (2013) A Novel Sorting Technology Allows For Highly Efficient Selection Of Sperm Without Chromatin Damage, Systems Biology In Reproductive Medicine, 59:3, 172-177.

62. Bayne A, Paduch D, Skoog Sj. Pressure, Fluid And Anatomical Characteristics Of Abdominoscrotal Hydroceles In Infants. J Urol 2008;180:1720-3; Discussion 3.

63. Tanrikut C, Hardy Do, Ge R, Et Al. 11 Beta-Hydroxysteroid Dehydrogenase (11 Beta-Hsd) Isozymes In The Human Testis. Journal Of Andrology 2007;65-.

64. Valerio M, Lamy O, Paduch DA, Jichlinski P,Vaucher L. [Role Of The Urologist In The Screening Of Bone Diseases]. Rev Med Suisse. 2010 Dec 8;6(274):2340, 2342-5. French.

65. Paduch DA. Viral Lower Urinary Tract Infections. Current Prostate Reports 2007; 8(4):324-335.

66. Oktem O, Paduch DA, Xu K, Mielnik A, Oktay K. Normal Female Phenotype And Ovarian Development Despite The Ovarian Expression Of The Sex-Determining Region Of Y Chromosome (Sry) In A 46,Xx/69,Xxy Diploid/Triploid Mosaic Child Conceived After In Vitro Fertilization-Intracytoplasmic Sperm Injection. J Clin Endocrinol Metab 2007;92:1008-1014.

67. Paduch DA. Testicular Cancer And Male Infertility. Current Opinion In Urology 2006;16:419-27.

68. Schlegel Pn, Paduch DA. Yet Another Test Of Sperm Chromatin Structure. Fertility And Sterility 2005;84:854-9.

69. Paduch DA, Niedzielski J. Biomedical Materials. Part Ii: Assessment Of The Adhesion Of Escherichia Coli To Biomedical Materials In An Original Dynamic Flow System. Polish Surgery [Chirurgia Polska] 2005;7:252-66.

70. Paduch DA, Niedzielski J. Biomedical Materials. Part I: Definition Of The Biological Film (Biofilm) And Physicochemical Bases Of The Adhesion Of Organic Substances To Biomaterials. Polish Surgery [Chirurgia Polska] 2005;7(3):180-191.

71. Paduch DA, Mielnik A, Schlegel Pn. Novel Mutations In Testis-Specific Ubiquitin Protease 26 Gene May Cause Male Infertility And Hypogonadism. Reproductive Biomedicine Online 2005;10:747-54.

72. Donohue Jf, Mullerad M, Paduch DA, Li Ps, Scardino Pt, Mulhall Jp. The Functional And Structural Consequences Of Cavernous Nerve Injury In The Rat Model Are Ameliorated By Sildenafil Citrate. Bju International 2005; 5(5): 1126-1136.

73. Paduch DA, Mielnik A, Schlegel Pn. Methylation Specific Pcr For Diagnosis Of Klinefelter Syndrome. Journal Of Urology 2005;173:448-9.

74. Paduch DA. The Journey Of A Trainee. Journal Of Andrology 2005;26:176-7.

75. Przewratil P, Paduch DA, Kobos J, Niedzielski J. Expression Of Estrogen Receptor Alpha And Progesterone Receptor In Children With Undescended Testicle Previously Treated With Human Chorionic Gonadotropin. Journal Of Urology 2004; 172(3): 1112-1116.

76. Paduch DA, Skoog Sj. Diagnosis, Evaluation And Treatment Of Adolescent Varicocele. Scientificworldjournal 2004;4 Suppl 1:263-278.

77. Paduch DA, Skoog Sj. Current Management Of Adolescent Varicocele. Rev Urol 2001;3:120-33.

78. Paduch DA, Barry Jm, Arsanjani A, Lemmers Mj. Indication, Surgical Technique And Outcome Of Orthotopic Renal Transplantation. Journal Of Urology 2001;166:1647-50.

79. Niedzielski J, Paduch DA. Recurrence Of Varicocele After High Retroperitoneal Repair: Implications Of Intraoperative Venography. Journal Of Urology 2001;165:937-40.

80. Vetto J, Jun Sy, Paduch D, Eppich H, Shih R. Stages At Presentation, Prognostic Factors, And Outcome Of Breast Cancer In Males. Am J Surg 1999;177:379-83.

81. Paduch DA, Niedzielski J, Skoog Sj. Diagnosis, Evaluation And Treatment Of Adolescent Varicocele. Med Sci Monit 1999;5:1255-67.

82. Paduch DA, Skoog Sj. Diagnosis, Evaluation And Treatment Of Adolescent Varicocele. Digital Urology Journal 1997.

83. Paduch DA, Niedzielski J. Repair Versus Observation In Adolescent Varicocele: A Prospective Study. Journal Of Urology 1997;158:1128-32.

84. Paduch DA, Niedzielski J. Recurrence Of Varicocele After High Retroperitoneal Repair - Implications Of Intraoperative Venography. The Journal Of Urology 2001; 165(3): 937-940.

85. Niedzielski J, Paduch D, Raczynski P. Assessment Of Adolescent Varicocele. Pediatric Surgery International 1997; 12(5-6): 410-3.

86. Paduch DA, Niedzielski J. Semen Analysis In Young Men With Varicocele: Preliminary Study. Journal Of Urology 1996; 156(2): 788-790

87. Paduch DA, Godlewski A, Chilarski A. The Effects Of Unilateral Testicular Torsion On The Contralateral Testis In Lewis Rats. Surg Childh Intern 1995; Iii:35-40.

88. Niedzielski J, Paduch DA. Mlodzience Zylaki Powrózka Nasiennego. [Adolescent Varicocele.]. Mag Med 1995:13.

### PUBLISHED PEER REVIEWED ABSTRACTS:

1. Hayden R, Bolyakov A, Paduch D. PD34-08& ; Gate calibration utilizing presided beads for fluorescence activated cell sorting of sperm. Journal of Urology. 2019;201(Supplement 4):e648-e.

2. Hayden R, Mielnik A, Flannigan R, Schlegel P, Paduch D. MP75-07 ; Sox2, a master regulator of stemness, is overexpressed in testicular tissue of men with Sertoli cell only syndrome. Journal of Urology. 2019;201(Supplement 4):e1084-e.

3. Flannigan R, Hayden R, Mielnik A, Bolyakov A, Schlegel P, Paduch D. MP75-13 ;In-vivo inhibition of mir-202-5p results in spermatogenic knockdown through targeting epidermal growth factor pathways &amp; cell cycle regulation. Journal of Urology. 2019;201(Supplement 4):e1087-e.

4. Hayden R, Mielnik A, Schlegel P, Paduch D. MP75-03;Men with sertoli cell only syndrome under express long non-coding rnas associated with chromatin-modifying complexes: linc00467, linc00958, and linc01016. Journal of Urology. 2019;201(Supplement 4):e1082-e

5. Flannigan R, Mielnik A, Bolyakov A et al: Comprehensive analysis of mirna expression in fertile and infertile men: clinical correlates. Andrology, Vol 7, S1, 2019

6. Paduch DA, Hiltz S, Grimson A, et al: Aberrant gene expression by sertoli cells in infertile men with sertoli cell-only syndrome. Testis Workshop Program April 2019

7. Flannigan R, Mielnik A, Bolyakov A, Hayden R ,Schlegel P, Paduch, DA.: Aberrant Y-Box Rna-Binding Protein Expression Is A Candidate For Maturation Arrest Azoospermia. Andrology, Vol 6, S1, 2018

8. Flannigan R, Mielnik A, Bolyakov A, Hayden R ,Schlegel P, Paduch, DA .: Abnormal Expression, Localization, And Trafficking Of Micro-Rnas In Men With Nonobstructive Azoospermia. Andrology, Vol 6, S1, 2018

9. Hayden R, Flannigan R, Mielnik A, Bolyakov A, Paduch, DA.: Snp And Adar Modification Analysis Of Micro-Rna's In 54 Men With Male-Factor Infertility. Vol 6, S1, 2018

10. Hayden R, Mielnik A, Bolyakov A, Flannigan R, Paduch, DA.: Nuclear expression of mature micro-RNA's in normal human testis. Fertility and Sterility Vol 110, 4, Supplement, Page e164, 2018

11. Hayden R, Flannigan R, Mielnik A, Bolyakov A, Schlegel P, Paduch, DA.: Discrepancies in miRNA-Seq and RT-PCR leads to discovery of high prevalence of MIR-202-5p isomers in human testis. Fertility and Sterility Vol 110, 4, Supplement, Page e164, 2018

**B17**

12. Flannigan R, Heier l, Voss H, Chazen L, Paduch DA.: Functional Mri Detects Differences In Neural Activation Among Men With Delayed Ejaculation & Orgasm. The Journal of Urology, Volume 199, Issue 4, Supplement, April 2018, Page e580, 2018

13. Flannigan R, Heier l, Chazen L, Paduch DA.: Use of 3T Functional MRI in Evaluation of Eugonadal Men with Normal Erections But Persistent Delayed Ejaculation or Anejaculation: A Pilot Study. The Journal of Sexual Medicine, Volume 15, Issue 2, Supplement 1, February 2018

14. Hayden R, Flannigan R, Mielnik A, Bolyakov A, Schlegel P, Paduch, DA.: Differential Expression Of Long Non-Coding Rna's Among Men With Spermatogenic Arrest. The Journal of Urology, Volume 199, Issue 4, Supplement, April 2018

15. Bolyakov A , Flannigan R , Hayden R, , Mielnik A, Schlegel P, Paduch, DA.: Syto 17 Fluorescent Activated Sperm Sorting Demonstrates Efficacy In Sorting Viable & Motile Sperm. The Journal of Urology, Volume 199, Issue 4, Supplement, April 2018

16. Wilcox Vanden Berg R, Hayden R, Flannigan R, Margolis D, Paduch DA.: Dynamic Magnetic Resonance Angiography In Men With Idiopathic Erectile Dysfunction. The Journal of Urology, Volume 199, Issue 4, Supplement, April 2018

17. Flannigan R, Sutii AM, Campagne F, Hobgood J, Hayden R, Mielnik A, Bolyakov A, Schlegel PN, Paduch DA.: Uncovering Biology Of Klinfelter Syndrome (47,Xxy) Infertility Using Novel 10x Genomics Single Cell Sequencing. The Journal of Urology, Volume 199, Issue 4, Supplement, April 2018

18. Flannigan R, Khani F, Robinson B, Hayden R, Mielnik A, Bolyakov A, Schlegel PN, Paduch DA.: Dysregulation Of Rna Sequestration By Ybx2 Is A Novel Mechanism Of Maturation Arrest Among Men With Non-Obstructive Azoospermia. The Journal of Urology, Volume 199, Issue 4, Supplement, April 2018

19. Flannigan R, Khani F, Robinson B, Hayden R, Mielnik A, Bolyakov A, Schlegel PN, Paduch DA.: Discrepancies Among Genomic & Histologic Phenotyping Of Non-Obstructive Azoospermia. The Journal of Urology, Volume 199, Issue 4, Supplement, April 2018

20. Flannigan R, Khani F, Robinson B, Hayden R, Mielnik A, Bolyakov A, Schlegel PN, Paduch DA.: With-In Group & Between Group Differences Of Spermatogonial Markers Among Men With Non-Obstructive Azoospermia. The Journal of Urology, Volume 199, Issue 4, Supplement, April 2018

21. Flannigan R, Khani F, Robinson B, Hayden R, Mielnik A, Bolyakov A, Schlegel PN, Paduch DA.: Evaluating Transcriptional Regulation Of Dilated And Collapsed Tubules Among Non-Obstructive Azoospermic Men Using 10x Single Cell Sequencing Platform. The Journal of Urology, Volume 199, Issue 4, Supplement, April 2018

22. Phil B, Mielnik A, Bolyakov A, Schlegel P, Paduch DA.: Characterization Of The Partial Azfc Y Chromosome Microdeletions In Subfertile And Infertile Men. Andrology, Vol 5, S1, 2017

23. Flannigan R, Mielnik A, Bolyakov A, Schlegel P, Paduch DA.: Loss Of Translational Suppression Of Prm1/2 Via Ybx2 Is A Culprit Of Early And Late Maturation Arrest In Humans. Andrology, Vol 5, S1, 2017

24. Flannigan R, Mielnik A, Bolyakov A, Bach P, Grenier J, Gudas L, Schlegel P, Paduch DA.: Vitamin A Deficient Lecithin Retinol Acyltransferase (Lrat) Mice Serve As An Inducible Model Of Sertoli Cell Only Syndrome. Andrology, Vol 5, S1, 2017

25. Golan R, Bach P, Paduch DA.: Treatment of Delayed Ejaculation and Low Sex Drive with the D2-D4 Agonist Pramipexole (Mirapex): A Preliminary Report. The Journal of Sexual Medicine, Volume 14, Issue 2, Supplement, Page e75, 2017

26. Mittal S, Mielnik A, Bolyakov A, Schlegel P, Paduch DA.: Pilot Study Results Using Fluorescence Activated Cell Sorting Of Spermatozoa From Testis Tissue: A Novel Method For Sperm Isolation After TESE. The Journal of Urology, Volume 197, Issue 4, Supplement, April 2017

27. Mittal S, Mielnik A, Bolyakov A, Schlegel P, Paduch DA.: Identifying Differential Mrna And Mirna Expression Patterns In Dilated And Collapsed Seminiferous Tubules Reveals Unique "Niche" For Spermatogenesis In Men With Severe Forms Of Infertility. The Journal of Urology, Volume 197, Issue 4, Supplement, Pages e189-e190, April 2017

28. Flannigan R, Mielnik A, Bolyakov A, Bach P, Grenier J, Gudas L, Schlegel P, Paduch DA.: Loss Of Germ Cells Does Not Affect Levels Of Mirna202-5p Expression In An Lrat Knockout Model Indicating That Loss Of Mir202-5p In Sco Is The Primary Defect In Men With Azoospermia. The Journal of Urology, Volume 197, Issue 4, Supplement, Pages e190-e191, April 2017

29. Flannigan R, Mielnik A, Bolyakov A, Bach P, Schlegel P, Paduch DA.: Polya Tag Library Preparation For New Generation Sequencing (Ngs) In Human Testis Fails To Detect Non-Coding And Translated Rnas Important In Testicular Function As Compared To Ribosomal Rna Depletion Method. The Journal of Urology, Volume 197, Issue 4, Supplement, Pages e190-e191, April 2017

30. Bach P, Golan R, Smigelski M, Najari B, Bolyakov A, Paduch DA.: Effect of Testosterone 2% Solution on Ejaculatory Function as Measured by Perineal Ultrasound in Hypogonadal Men. The Journal of Sexual Medicine, Volume 14, Issue 2, Supplement, Pages e72-e73, February 2017

31. Chen LH, Bach PV,.Najari B, Golan R, Paduch DA.:  Klinefelter Syndrome: The Effects of Early Androgen Therapy on Competence and Behavioural Phenotype. The Journal of Sexual Medicine, Volume 14, Issue 2, Supplement, Page e63,   February 2017

32. Flannigan R, Mielnik A, Bolyakov A, Khani F, Robinson B, Schlegel PN, Wright W, Paduch DA.: High degree of heterogenicity in SSEA4 positive human spermatogonia. Fertility and Sterility, Volume 108, Issue 3, Supplement, September 2017

33. Flannigan R, Mielnik A, Bolyakov A, Khani F, Robinson B, Schlegel PN, Wright W, Paduch DA.: Large scale miRNA and piRNA sequencing analysis of testis biopsies from fertile an infertile men reveals differences between miRNA and piRNA expression during spermatogenesis cycle. Fertility and Sterility, Volume 108, Issue 3, Supplement, September 2017

34. Maggi M, Heiselman D, Knorr J, Iyengar S, Paduch DA, .Donatucci C.: Testosterone Solution 2% for Erectile, Orgasmic and Ejaculatory Dysfunction in Hypogonadal Men. The Journal of Sexual Medicine, Volume 13, Issue 5, Supplement 1, May 2016

35. Mittal S,  Mielnik A, Bolyakov A,  Schlegel PN,  Paduch DA.: Identifying differential mRNA & miRNA expression patterns in microsurgically isolated individual seminiferous tubules reveals unique "niche" for spermatogenesis in men with severe forms of infertility. Fertility and Sterility, Volume 106, Issue 3, Supplement, September 2016

36. Mittal S, Mielnik A, Bolyakov A,  Schlegel PN,  Paduch   DA.: Initial experience with fluorescence activated cell sorting of spermatozoa from testis tissue: a novel method for sperm isolation after TESE. Fertility and Sterility, Volume 106, Issue 3, Supplement, September 2016

19

**B19**

37. Najari B, Bach PV, Bolyakov A, Lischer R, Paduch DA.: Sources of knowledge and effect of education on urologists' attitudes towards penile transplantation. Fertility and Sterility, Volume 106, Issue 3, Supplement, September 2016

38. Paducha D, Bolyakov A, Mielnik A, Collazosa.J. Lischer R, Schlegel PN, Paduch DA.:Reproducibility of two morning total testosterone (TT) measurements using liquid chromatography-mass spectrometry (LCMS); clinical implications. Fertility and Sterility, Volume 106, Issue 3, Supplement, September 2016

39. Bolyakov, A, Mittal S, Mielnik A, Feliciano M, Schlegel PN, Paduch DA.: Identification of live sperm by flow cytometry using visible spectrum, membrane permeable SYTO red nucleic acid stains.

40. Najari BB, Lee DJ,.Schulster ML, Paduch DA.: The Effect of Hypogonadism on Post-Prostatectomy Erectile Function in Men Treated with Penile Rehabilitation. The Journal of Sexual Medicine, Volume 13, Issue 5, Supplement 1, May 2016,

41. Reifsnyder J, Winter A, Mielnik A, Mittal S, Robinson B, Schlegel PN, Paduch DA.:  Microrna Expression Profiling Of Prostate Tissue Suggests Mir-509-3p As A Diagnostic Marker For Prostatic Adenocarcinoma. The Journal of Urology, Volume 195, Issue 4, Supplement, April 2016

42. Gunnala V, Irani M, , Bolyakov A, Zhan  Q, Reichman DE, .Paduch DA,  Zaninovic N, Rosenwaks Z.: Relationship of sperm DNA fragmentation (TUNEL) to blastulation and euploidy after IVF. Fertility and Sterility, Volume 106, Issue 3, Supplement, September 2016, Page e229

43. Lee  DJ, Najari BB, Schulster PV, Bach PV, Kashanian JA, Paduch DA, Mulhall JP, Chughtai B, Lee R.: National Trends in the Diagnosis and Management of Psychogenic Erectile Dysfunction. The Journal of Sexual Medicine, Volume 13, Issue 5, Supplement 1, May 2016

44. Lee  DJ, Najari BB, Kim S, Schulster M,  Bach PV, Kashanian JA, Paduch DA, Mulhall JP, Chughtai B, Lee R.: National Trends In Penile Prosthesis Reoperations: The Importance Of Patient Comorbidity In Penile Prosthesis Outcomes. The Journal of Urology, Volume 195, Issue 4, Supplement, April 2016

45. Bach P, Mielnik A, Bolyakov A, Najari B, Schlegel P, Paduch DA. Evidence Of Spermatogonial Stem Cell Presence In Men With Sertoli Cell-Only Syndrome. The Journal Of Urology,  Vol. 195, No. 4s 2016

46. Bach P, Mielnik A, Bolyakov A, Dow L, Schlegel P, Paduch DA. Differential Autosomal Dna Methylation Patterns And Phenotypic Variations In Patients With Klinefelter Syndrome The Journal Of Urology,  Vol. 195, No. 4s 2016

47. Lee D, Najari B, Kim S, Schulster M, Bach P, Neto F, Kashanian J, Paduch DA, Mulhall J, Chughtai B, Lee R..: National Trends In Penile Prosthesis Reoperations: The Importance Of Patient Comorbidity In Penile Prosthesis Outcomes. The Journal Of Urology,  Vol. 195, No. 4s 2016

48. Reifsnyder, J., Mielnik, A., Schlegel, P., Paduch, DA.:Expression Of Selected Micrornas Located On The X Chromosome In Klinefelter Syndrome. Andrology, Vol 3, S1, 2015

49. Najari B, Introna L, Paduch DA.: Improvements In Patient Reported Sexual Function After Microsurgical Varicocelectomy. Andrology, Vol 3, S1, 2015

50. Najari B, Wosnitzer M, Schlegel PN, Paduch DA.: High Prevalence Of Erectile And Ejaculatory Dysfunction In Men With Opioid Induced Androgen Deficiency. Andrology, Vol 3, S1, 2015

**B20**

51. Lee, D., Najari, B., Davison, W., Al Awamlh, B. A. H., Zhao, F., Mulhall, J., Paduch, DA, ... & Lee, R..:Trends In The Utilization Of Penile Prostheses In The Treatment Of Erectile Dysfunction. The Journal Of Urology, 4(193), E40-E41.,2015

52. Najari, B., Lee, D., Davison, W., Al Awamlh, B. A. H., Zhao, F., Mulhall, J., ... & Lee, R. Factors Involved In The Removal Or Replacement Of Penile Prostheses. The Journal Of Urology, 4(193), E569. 2015

53. Winter, A., Najari, B., Palermo, G., Paduch, DA., & Goldstein, M.: Dna Fragmentation Mapping Of The Male Genital Tract. The Journal Of Urology, 4(193), E569. 2015

54. Lee, D., Bernstein, A., Sarkisian, A., Wosnitzer, M., Winter, A., & Paduch, DA. Comparison Of Clomiphene Citrate And Transdermal Testosterone Replacement Therapy In Their Influence On Hormonal And Metabolic Changes In The Treatment Of Hypogonadism. The Journal Of Urology, 4(193), E569. 2015

55. Reifsnyder, J., Mielnik, A., Schlegel, P., & Paduch, DA. Differentiating Klinefelter Syndrome From Other Etiologies Of Azoospermia Using Microrna. The Journal Of Urology, 4(193), E569. 2015

56. Paduch DA, Bolyakov A, Mielnik A, Collazos J, Lischer Rj, Schlegel Pn. Reproducibility Of Two Morning Total Testosterone (Tt) Measurements Using Liquid Chromatography-Mass Spectrometry (Lcms); Clinical Implications. Fertility And Sterility;106:E80, 2016

57. Najari Bb, Bach Pv, Bolyakov A, Lischer R, Paduch DA. Sources Of Knowledge And Effect Of Education On Urologists; Attitudes Towards Penile Transplantation. Fertility And Sterility;106:E299-E300., 2016

58. Najari Bb, Bach Pv, Bolyakov A, Lischer R, Paduch DA. Urologists&#X2019; Attitudes Towards Penile Transplantation. Fertility And Sterility;106:E78, 2016

59. Paduch DA, Polzer, P., Morgentaler, A., Althof, S. E., Ni, X., Patel, A. B., & Basaria, S. (2015, May). Prevalence Of Ejaculatory Dysfunctions As A Function Of Testosterone. In *Journal Of Sexual Medicine* (Vol. 12, Pp. 182-183)

60. Paduc, DA, Polzer, P., Morgentaler, A., Althof, S. E., Ni, X., Patel, A. B., & Basaria, S. (2015, May). Perceived Sexual Dissatisfaction With Ejaculatory Dysfunctions. In *Journal Of Sexual Medicine* (Vol. 12, Pp. 102-102)

61. Herati, A., Mielnik, A., Feliciano, M., Schlegel, P., & Paduch DA.: (2015, May). Human Sperm Mirna Profile In Patients With Normozoospermia And Teratozoospermia. In *Journal Of Sexual Medicine* (Vol. 12, Pp. 164-164)

62. Golan, R., Ryan, C., Funaro, M., Miller, B., & Paduch, DA.: (2015, May). Long Term Outcome Of Intralesional Triamcinolone Acetonide (Kenalog) With Verapamil Injection For Peyronie's Disease. In*journal Of Sexual Medicine* (Vol. 12, Pp. 169-169).

63. Wosnitzer M, Mielnik A, Dabaja A, Robinson B, Schlegel P, Paduch DA. Husp26 Expression In Human Testis And Relationship To Sperm Retrieval Outcome. The Journal Of Urology. 2014;191(4, Supplement):E801. Aua Meeting 2014

64. Winter A, Marte A, Kelly M, Funaro M, Schlegel P, Paduch DA. Predictors Of Poor Response To Transdermal Testosterone Therapy In Men With Metabolic Syndrome. The Journal Of Urology. 2014;191(4, Supplement):E528. Aua Meeting 2014

**B21**

65. Herati A, Bolyakov A, Dabaja A, Wosnitzer M, Schlegel P, Paduch DA. Assessment Of Spinal Cord Motor Generator For Ejaculation Using Transperineal Ultrasound In Healthy Men With Normal Sexual Function. The Journal Of Urology. 2014;191(4, Supplement):E331-E2. Aua Meeting 2014

66. Dabaja A, Mielnik A, Schlegel Pn, Paduch DA. Microrna-202-5p Is Selectively Expressed By Sertoli Cells In Men With Normal Spermatogenesis. The Journal Of Urology. 2014;191(4, Supplement):E742-E3. Aua Meeting 2014

67. Dabaja A, Mielnik A, Wosnitzer Ms, Schlegel Pn, Paduch DA.: Microrna Expression In Men With Confirmed Diagnosis Of Early Maturation Arrest. Andrology, Volume 2, Issue S1, April 2014, Pages: 1–113, Asa Meeting 2014

68. Wosnitzer Ms, Mielnik A, Dabaja A, Robinson B, Schlegel Pn, Paduch DA.: Husp26 Expression And Relationship To Androgen Receptor In Normal Human Testis. Andrology, Volume 2, Issue S1, April 2014, Pages: 1–113, Asa Meeting 2014

69. Funaro, M. G., Mielnik, A., Baker, C., Schlegel, P. N., & Paduch, DA.: Abnormal Cleavage Of Filamin A And Cytoplasmic Retention Of Androgen Receptor In Testicular Biopsies In Men With Klinefelter Syndrome (Ks): An Explanation For Androgen Resistance In Ks. *Fertility And Sterility*, *102*(3), E110-E111. 2014

70. Stahl P, Cogan C, Mehta A, Bolyakov A, Paduch DA, Goldstein M. Concordance Among Sperm Dna Integrity Assays And Semen Parameters. The Journal Of Urology. 2012 Jul; 104(1): 56-61.

71. Wosnitzer A, Dabaja A, Bolyakov A, Paduch DA. "Does Increased Age Have Negative Impact On Orgasm?" Andrology, Volume 1, Issue S2, May 2013, Pages: 1–108

72. Wosnitzer A, Dabaja A, Bolyakov A, Paduch DA. "The Role Of Oxytocin In Normal Male Ejaculatory Function" Andrology, Volume 1, Issue S2, May 2013, Pages: 1–108

73. Wosnitzer A, Dabaja A, Bolyakov A, Paduch DA. "The Role Of Serotonin, Dopamine, Epinephrine, And Norepinephrine In Normal Male Ejaculation" Andrology, Volume 1, Issue S2, May 2013, Pages: 1–108

74. Wosnitzer A, Dabaja A, Bolyakov A, Schlegel Pn, Paduch DA. "Dhea And Dhea-S In Normal Male Ejaculatory Function" Andrology, Volume 1, Issue S2, May 2013, Pages: 1–108

75. Mehta A, Bolyakov A, Roosma J, Schlegel Pn, Paduch DA. "Successful Testicular Sperm Retrieval In Klinefelter Adolescents Treated With At Least One Year Of Topical Testosterone And Aromatase Inhibitor" Andrology, Volume 1, Issue S2, May 2013, Pages: 1–108

76. Mehta A, Mielnik A, Schlegel Pn, Paduch DA. "Novel Methylation-Specific Quantitative Pcr Test For The Diagnosis Of Klinefelter Syndrome" Andrology, Volume 1, Issue S2, May 2013, Pages: 1–108

77. Wosnitzer Ms, Dabaja A, Bolyakov A, Mielnik A, Schlegel Pn, Paduch DA. Role Of Estradiol, Prolactin, And Inhibin B In Normal Male Ejaculation. Fertility And Sterility. 2013;100(3, Supplement):S214. Asrm Meeting 2013

78. Wosnitzer M, Mielnik A, Schlegel P, Paduch DA. Down-Regulation Of Husp26 In Hormonally-Receptive Cancers Suggests A Role In Cancer Development. The Journal Of Urology 2013;189:E836. Aua Meeting 2013

79. Wosnitzer M, Dabaja A, Mielnik A, Schlegel P, Paduch DA. Deletion And Mutation Analysis Of Recombination Genes In Men With Meiotic Defects. The Journal Of Urology 2013;189:E838. Aua Meeting 2013

**B22**

80. Wosnitzer M, Dabaja A, Bolyakov A, Mielnik A, Schlegel P, Paduch DA. Testosterone, Lh, Fsh, And Shbg In Normal Male Ejaculatory Function. The Journal Of Urology 2013;189:E570-E1. Aua Meeting 2013

81. Mehta A, Dabaja A, King P, Mielnik A, Paduch DA, Schlegel P. Clinical Characterization And Reproductive Outcomes In Men With Complete Azfc Deletions: A 17-Year Experience. The Journal Of Urology 2013;189:E940. Aua Meeting 2013

82. Mehta A, Bolyakov A, Simons R, King P, Schlegel P, Paduch DA. Use Of Testicular Sperm May Improve Art Outcomes In Couples With Previously Failed Treatment And Abnormal Ejaculated Sperm Tunel Results. The Journal Of Urology 2013;189:E774-E5. Aua Meeting 2013

83. Najari Bb, Robinson Bd, Paget Sa, Paduch DA. Clinical, Radiographic, And Pathologic Description Of Igg4-Related Perivasal Fibrosis: A Previously Undescribed Etiology Of Chronic Orchialgia And Azoospermia. Fertility And Sterility. 2013;100(3, Supplement):S218. Asrm Meeting 2013

84. Mehta A, Bolyakov A, Roosma J, Schlegel P, Paduch DA. Successful Testicular Sperm Retrieval In Klinefelter Adolescents Treated With At Least One Year Of Topical Testosterone And Aromatase Inhibitor. The Journal Of Urology 2013;189:E774. Aua Meeting 2013

85. Funaro M, Mehta A, Simons R, Paduch DA.: Age Dependent Degeneration Of Sertoli And Leydig Cells In Adolescents And Men With Klinefelter Syndrome: A Histological Analysis. The Journal Of Urology 2013;189:E836-E7. Aua Meeting 2013

86. Dabaja Aa, Wosnitzer Ms, Mielnik A, Bolyakov A, Schlegel P, Paduch DA. When To Ask Adolescent Male To Provide Semen Sample For Fertility Preservation? The Journal Of Urology 2013;189:E777. Aua Meeting 2013

87. Dabaja Aa, Wosnitzer Ms, Mielnik A, Bolyakov A, Schlegel P, Paduch DA. Thickness Of Bulbocavernosus Muscle Is Negatively Correlated To The Number Of Cag Repeats In The Androgen Receptor. A Novel Way To Assess Androgenic Tissues Activity. The Journal Of Urology 2013;189:E572. Aua Meeting 2013

88. Paduch DA, Bolyakov A, Ni X, Polzer Pk. "Baseline Characteristics Associated With Low Testosterone And The Impact Of Low Testosterone On Improvements In Ejaculatory And Orgasmic Function In Pooled Data From Clinical Trials Of Tadalafil Versus Placebo Once-Daily" Essm Congress 2012, Amsterdam, The Netherlands, 2012 Poster Session

89. Paduch DA, Bolyakov A, Stubbs R, Murawski M, Zaninovic N, Schattman Gl. Tunel Assay On Swim Up Samples Aids In Predicting Ivf Outcomes. Fertility And Sterility. 2012;98(3, Supplement):S82.

90. Mehta A, Stahl P, Paduch DA. High Prevalence Of Hypogonadism, Obesity And Hypertension In Patients Presenting To An Andrology Clinic. Fertility And Sterility. 2012;98(3, Supplement):S206.

91. Mehta A, Mielnik A, Paduch DA. New Quantitative, Molecular Method For The Simultaneous Diagnosis Of Chlamydia, Mycoplasma, Ureaplasma, And Neisseria In Semen Samples. Fertility And Sterility. 2012;98(3):S146.

92. Paduch DA, Bolyakov A, Kiper J, Bazarnik J, Mehta A, Goldstein M. Rejection Treshholds And Seasonal Variability Of Epifluorescent Sperm Tunel Assay. Fertility And Sterility. 2012;98(3, Supplement):S249.

93. Paduch DA, Bolyakov A, Kiper J, Bazarnik J. Men Older Than 34 Have Increased Risk Of Sperm Chromatin Damage In Ejaculated Sperm As Measured Using Tunel Assay. Fertility And Sterility. 2012;98(3, Supplement):S242.

94. Bolyakov A, Paduch DA, Stahl P. Fluorescent Microscopic Detection Of Ejaculated Sperm In Adolescents With Klinefelters Syndrome. Journal: Journal Of Urology - J Urol , Vol. 185, No. 4, Pp. E875-E875, 2011

95. Bolyakov A, Sultan R, Vaucher L, Kiper J, Paduch DA. Changes In Serum Reproductive Hormones And Neurotransmitters During Arousal, Ejaculation, And Orgasm In Normal Volunteers. J Urology April 2010 183(4) E468-E469

96. Vaucher L, Fine R, Mielnik A, Schlegel P, Paduch DA. Ddx-4 Highly Sensitive Testicular Germ Cell Marker And Diagnosis Of Sertoli Cell Only Syndrome. J Urology April 2010 183(4) E730

97. Vaucher L, Mielnik A, Schlegel Pn, Paduch DA. Accurate Diagnosis Of Sertoli Cell Only Syndrom. European Urology Supplements. 2010;9(2):155.

98. Müller A, Donohue Jf, Tal R, Mullerad M, Kobylarz Ka, Paduch DA, Scardino Pt, Mulhall Jp. Endothelial Pre-Conditioning-Sildenafil Prior To Cavernous Nerve Injury In The Rat Model: Defining The Optimal Dosing And Timing Regimen For Erectile Function Preservation. European Urology Supplements. 2010;9(2):57.

99. Stahl P, Barbieri C, Mielnik A, Hsiao W, Schlegel P, Paduch DA. Expression Analysis Of Candidate Genes For The Spermiogenesis In Men With Idiopathic Nonobstructive Azoospermia. J Urology April 2010 183(4) E731-E732

100. Stahl Pj, Mielnik A, Marean Mb, Schlegel Pn, Paduch DA. The Gr/Gr Polymorphism Is Clinically Irrelevant. Journal Of Urology 2008; 179(4) 594-595.

101. Stahl Pj, Mielnik A, Marean M, Schlegel Pn, Paduch DA. Identification Of Candidate Genes For Individual Steps In Spermatogenesis. Journal Of Urology 2008; 179(4): 617.

102. Fine Rg, Paduch DA. Preservation Of Spermatogenesis In Adolescents With Klinefelter Syndrome. Journal Of Urology 2008; 179(4): 98-99.

103. Paduch DA, Mielnik A, Schlegel Pn, Hardy M. Estrogens In Testicular Physiology: Gpr30 - A Novel G-Protein Estradiol Receptor Conveys Estradiol Action On Early Spermatogonial Divisions And Spermiogenesis In Rodents And Humans. Fertility And Sterility 2007; 88:S368-S.

104. Herman Mp, Paduch DA. High Prevalence Of Osteopenia And Osteoporosis In Young Hypogonadal Men With Infertility And Sexual Dysfunction. Journal Of Urology 2007; 177(4): 639.

105. Paduch DA, Kiper J. Efficacy Of Clomid, Arimidex, And Androgel In Normalizing Testosterone In Young Hypogonadal Men Presenting With Infertility And Sexual Dysfunction. Fertility And Sterility 2007;88:S75-S.

106. Tal R, Donohue Jf, Akin-Olugbade Y, Et Al. The Effect Of Hyperbaric Oxygen Therapy On Erectile Function Recovery In The Rat Cavernous Nerve Injury Model. Journal Of Urology 2006; 175(4): 223-224.

107. Monoski Ma, Paduch DA, Goldstein M. High Grade Varicocele And Low Sperm Density Are Associated With High Degree Of Sperm Chromatin Damage In Infertile Men. Journal Of Urology 2006; 175(4): 526.

108. Margreiter M, Paduch DA, Mielnik A, Schlegel Pn. Defective Recombination: The Role Of Mlh3 In Infertile Men. Fertility And Sterility 2006;86:S13-S.

109. Margreiter M, Paduch DA, Mielnik A, Schlegel Pn. The Role Of Gr/Gr Deletion In Infertile Men Still Remains To Be Answered. Journal Of Urology 2006;175:524-525.

110. Donohue Jf, Tal R, Akin-Olugbade Y, Et Al. Sildenafil And Cavernous Nerve Injury In The Rat: Defining The Optimal Dosing And Timing Regimen. Journal Of Urology 2006;175:327-8.

111. Paduch DA, Mielnik A, Schlegel Pn. A Specific Mutation In The Usp26 Gene Is Associated With Poor Sperm Recovery In Men With Non-Obstructive Azoospermia. Fertility And Sterility 2005;84:S76-S.

112. Kuzanski Wr, Olszewski A, Paduch DA, Niedzielski Jk. Some Make It Cold, Some Make It Hot - Results Of High Resolution Thermography In Adolescents With Grade Iii Varicocele. Journal Of Urology 2005; 173(4): 449.

113. Donohue Jf, Mullerad M, Paduch DA, Et Al. The Functional And Structural Consequences Of Cavernous Nerve Injury In The Rat Model Are Ameliorated By Sildenafil Citrate. Journal Of Urology 2005; 173(4): 285.

114. Donohue Jf, Mullerad M, Kobylarz Ka, Li Ps, Scardino Pt, Mulhall Jp. Short-Term Erectile Function Preservation Using Daily Sildenafil Citrate In A Rat Cavernous Nerve Injury Model Is Not Mediated Through Neuromodulation. Journal Of Urology 2005; 173(4): 285.

115. Paduch DA, Mielnik An, Schlegel Pn. Novel Mutations In Testis Specific Ubiquitin Protease 26 (Usp26) In Infertile Males. Journal Of Urology 2004; 171(4): 370-371.

116. Paduch DA, Mielnik A, Schlegel Pn. Molecular Diagnosis Of Chromosomal Aneuploidy Including Klinefelter Syndrome. Fertility And Sterility 2004;82:S2-S.

117. Janoff Dm, Davol P, Hazzard J, Lemmers Mj, Paduch DA, Barry Jm. Computerized Tomography With 3-Dimensional Reconstruction For The Evaluation Of Renal Size And Arterial Anatomy In The Living Kidney Donor. Journal Of Urology 2004;171(1): 27-30.

118. Paduch DA, Mielnik A, Schlegel Pn. From The Oocyte Or The Sperm? The Origin Of The X Chromosome In Klinefelter Syndrome. Journal Of Andrology 2004:89-.

119. Paduch DA, Fuchs Ef. Single Surgeon Experience With More Than 2,200 Vasectomy Reversals - Demographic Data. Fertility And Sterility 2003; 80(3): S230-S1.

120. Paduch DA, Davol P, Fuchs Ef, Niedzielski J. Varicocele Repair In Adolescents - Are We Preserving Fertility? Journal Of Urology 2002;167:311.

121. Paduch DA, Niedzielski J, Fuchs E. Prevention Of Male Infertility - Experience With More Than 600 Young Men With Varicocele. Fertility And Sterility 2001; 76(3): S48-S.

122. Paduch DA, Niedzielski J, Fuchs E. Varicocele Causes Progressive And Time Dependent Impairment Of Spermatogenesis. Fertility And Sterility 2001;76:S256-S.

123. Paduch DA, Conlin M, Dematos A, Et Al. Arterial Duodenovesical Fistula After Simultaneous Pancreas And Kidney Transplantation. Journal Of Urology 2000; 164(4): 1296.

124. Barton Ff, Hurwitz Rs, Fines, Et Al. Discussion. Journal Of Urology;158:1208-9.,1997

125. Paduch DA, Niedzielski J. Varicocelectomy Versus Observation In Adolescent Varicocele: Prospective Study. Pediatrics 1996;98:F75-F.

## BOOK CHAPTERS:

1. Paduch, DA, Schlegel, PN, Bergot I, Rey R.: Chapter: Male hypogonadism. "Essential Pediatric Endocrinology and Metabolism" second edition by Sarafoglou, Kyriakie/ Hoffman, Georg/ Moran, Antoinette, 2018 ISBN: 978-0071773140

2. Paduch, DA and Ali A. Dabaja. "Treatment and Prognosis of Immunological Factors." Unexplained Infertility: Pathophysiology, Evaluation and Treatment (2015): 245.

3. Funaro M. Paduch DA.: Chapter: Novel Markers of Male Infertility. Methods in Human Fertility by Rosenwaks, Z, Wassarman P, Humana Press, 2013

4. Mehta A, Paduch DA, Goldstein MG. Treatment of Hypogonadism in Men in Clinical Urologic Endocrinology. Ed. Kavoussi P. Springer Science and Business Media 2012.

5. Mehta A, Paduch DA. The Laboratory Diagnosis of Androgen Deficiency in Androgen Deficiency and Testosterone Replacement: Current Controversies and Strategies. Ed. Wellstrom Humana Press 2013 ISBN 978-1-62703-179-0.

6. Bolyakov A, Paduch DA: Chapter: Growth and Development in Children and Adolescents with Klinefelter Syndrome (47,XXY) In: The Handbook of Growth and Growth Monitoring in Health and Disease." Ed.: V. R. Preedy, Springer: 2012, ISBN: 978-1-4419-1794-2

7. Gimenez E, Herman M, Vaucher L, Bolyakov A, Paduch DA: Chapter 22: Klinefelter Syndrome. In Surgical and Medical Management of Male Infertility. ED.: Goldstein M and Schlegel PN. Cambridge University Press, 2011, ISBN: 9780521881098

8. Sultan R, Vaucher L, Bolyakov A, Paduch DA: Chapter 14: Anejaculation. In Surgical and Medical Management of Male Infertility. ED.: Goldstein M and Schlegel PN. Cambridge University Press, 2011, ISBN: 9780521881098

9. Fine R, Paduch DA: Chapter: ART in men with Klinefelter syndrome. In Assisted Reproduction Techniques-Challenges and Management Options. Ed.: Sharif, K, and Coomarasamy, A. Wiley-Blackwell 2012 ISBN-10: 1444335553

10. Vaucher, L, Paduch, DA: Chapter: Viral Genitourinary Infections. In "Urogenital Infections" by Naber, K et al., 2010, ISBN:9789079754410

11. Paduch, DA, Schlegel, PN: Chapter: Male hypogonadism. "Essential Pediatric Endocrinology and Metabolism" by Sarafoglou, Kyriakie/ Hoffman, Georg/ Moran, Antoinette, 2009 ISBN: 0071439153

12. Paduch, DA, Goldstein, M, Rosenwaks, Z.: Chapter 34: New developments in the evaluation and management of the infertile male., in Male Infertility by Kruger, T and Oehninger, S, 2006, ISBN: 0415397421

13. Fuchs, EF, Paduch, DA: Chapter 12: 2005 Vasectomy Reversal. In "Office Andrology", by Patton,P.E., Bataglia, D.E. Humana Press, ISBN: 1-58829-318-1

14. Paduch, DA, Fuchs, EF: Chapter 9: Office evaluation of male. In "Office Andrology" by Patton, P.E., Bataglia, D.E., Humana Press, 2005 ISBN: 1-58829-318-1

**INVITED TALKS, LECTURESHIPS AND VISITING PROFESSORSHIPS**

| New York, NY | The US Too! Support Group New York, NY | Testosterone and Prostate Cancer | 5/2006 |
|---|---|---|---|
| New York, NY | KS&A NY Metropolitan Support Group | Early management of Klinefelter syndrome | 5/6/2006 |
| New York, NY | 2006 AFA National Fertility and Adoption Conference | It's in the Male: Part 2 | 5/7/2006 |
| St. Louis, MO | AAKSIS 7th National Conference | Developments in Hormonal Manipulation During Childhood, Adolescence and Adulthood | 7/20/2006 |
| Philadelphia, PA | 2006 XXY Conference | Molecular biology and clinical aspects of testicular failure in adolescents with 47,XXY and 48,XXYY | 10/13/2006 |
| New York, NY | Friday Fellow Lecture- Cornell University | Disorders of sexual differentiation | 10/27/2006 |
| New York, NY | Grand Rounds- Cornell University | Testosterone Replacement – truth and myths. | 12/18/2006 |
| New York, NY | Andrology Meeting- Cornell University | From Race to Halo: Interpretation of Laboratory Results in Andrology | 2/13/2007 |
| New York, NY | Family Matters: National Fertility and Adoption Conference | It's Not Only About the Child, It's Also About the Father; How Evaluation of Infertile Men Can Improve Men's Health | 4/29/2007 |
| Chicago, IL | 3rd Meeting of Midwest Reproductive Symposium | Male Infertility Update – From the Lab Bench to Your Practice | 6/9/2007 |
| Chicago, IL | AAKSIS National Conference | New insight in early diagnosis of Klinefelter syndrome | 6/22/2007 |

| Salzburg, Austria | ESU Masterclass Seminar | Invited Faculty Chronic pelvic pain syndrome in men Testosterone replacement therapy in 21st Century Postprostatectomy sexual dysfunction | 7/15/2007-7/21/2007 |
|---|---|---|---|
| New York, NY | Annual Meeting – Andrological Section of Czech Urological Society | Screening for Y Chromosome Microdeletion, Clinical Relevance and Critical Issues in Interpretation and Methodology | 9/14/2007 |
| New York, NY | Annual Meeting – Andrological Section of Czech Urological Society | Demystifying Testosterone Replacement Therapy | 9/15/2007 |
| Washington, D.C. | ASRM 2007 | Moderator, Male Reproduction and Urology Abstracts | 10/15/2007 |
| New York, NY | KS&A Scientific Meeting | New Directions in Translational Research – Overview of Current and Future Basic Science Projects and Magnetic Resonance Spectrometry Study in Assessment of Testicular Function | 10/19/2007 |
| New York, NY | NY Chapter Klinefelter Parents Meeting | Testosterone replacement therapy in boys and adolescents with sex chromosome aberrations. | 10/20/2007 |
| New York, NY | Columbia University, Department of Pediatric Endocrinology | Molecular basis of testicular dysfunction in children. | 3/2008 |
| Ontario on the Lake, Ontario, Canada | 10th International Conference on Long-Term Complications of Treatment of Children and Adolescents for Cancer | Male fertility preservation – facilities and techniques. | 6/7/2008 |

**B28**

| | | | |
|---|---|---|---|
| Minneapolis/St. Paul | Annual meeting of American Association for Klinefelter Syndrome Information and Support | Update on evaluation, management and long term care of children and adults with Klinefelter syndrome. | |
| Prague, Czech Republic | Annual Meeting of the Andrological Section of the Czech Urological Society | Sexual dysfunction in men – update on pathophysiology, imaging, and management techniques of orgasmic and ejaculatory dysfunction.<br><br>Andrology in 21st Century – making positive impact on men's health | 6/12/2008-6/16/2008 |
| Denver, Colorado | Annual meeting of Klinefelter Syndrome and Associates | New concepts in fertility preservation in adolescents with Klinefelter syndrome<br><br>Sexual function and pubertal issues in adolescents with Klinefelter syndrome. | 8/10-11/2008 |
| New York, NY | Endocrinological Grand Rounds | Klinefelter syndrome – medical management. | 9/1/2008 |
| Berlin, Germany | American Urological Association New York Section Invited speaker | Andropause | 10/03/2008 |
| San Francisco, CA | American Society of Reproductive Medicine annual meeting Society for the Study of Male Reproduction Invited Special Seminar | Klinefelter Syndrome:<br><br>Novel Scientific and Clinical Insights | 11/10/2008 |

29

| | | | |
|---|---|---|---|
| Springfield, MA | Endocrinology Ground Rounds at Baystate Medical Center | Male Infertility and Hypogonadism | 2/10/2009 |
| Brooklyn, NY | Albert Einstein Medical College, Depart of Pediatric Urology | New imaging modalities in evaluation of testicular function and development in children. | 3/9/2009 |
| Chicago, IL | American Urological Association Meeting Invited speaker | Treatment of Low Testosterone in the Infertile Hypogonadal Male | 4/28/2009 |
| Mansoura, Egypt | Masoura University Androlgy Meeting Invited Speaker | Genetics of male infertility. | 10/13-16/2009 |
| Springfield, CT | CT Urological Society Guest Speaker | Office Andrology in Urological Practice<br><br>Metabolic Syndrome and Hypogonadism | 3/21/2010 |
| New Brunswick, NJ | Pediatric Endocrinology Grand Rounds | New Developments in Management of Adolescents with Klinefelter Syndrome | 4/1/2010 |
| San Francisco, CA | American Urological Association Invited Faculty | Postgraduate course on management of hypogonadism. | 6/2/2010 |
| San Francisco, CA | American Urological Association Invited Plenary Speaker | New Developments in Infertility at 2010 Annual Meeting | 6/3/2010 |
| Ann Arobor, MI | University of Michigan Lapides Lecturer at Duckett Memorial Lectureship | Varicocele, reproduction, and metabolic syndrome - Men's Health in 2010. | 7/23/2010 |
| New York, NY | Center for Male Reproduction and Infertility lecture serious | Sperm chromatin structure – technical and clinical aspects. | 7/23/2010 |
| Chicago, IL | Center for Scientific Review, National Institute of Health. Ad-hoc Section Reviewer | Cellular Molecular and Integrative Reproduction Study | 6/2/11 |

| Annapolis, MD | The Atypical Learner Conference | 200 XXY Boys on Hormonal Treatment | 4/10/2011 |
|---|---|---|---|
| Washington, D.C. | AUA Annual Meeting 2011 | Androgen Receptor | 5/15/2012 |
| Cape Cod, MA | Frontiers in Reproduction | Neurobiology of sexual response in male – from birds to humans | 6/11/2011 |
| Rosemont, IL | Eli Lilly & Co. | Protocol I5E-MC-TSAB Initial Site Study Training Meeting | 7/15/2011 |
| Paris, France | New York Section AUA Annual Meeting | Male Hypogonadism: Changing Paradigms of Management and Treatment | 9/13/2011 |
| Paris, France | New York Section AUA Annual Meeting | Diagnosis and Management of HPV | 9/13/2011 |
| Vienna, Austria | 8th Men's World Congress | Chair Master Lecture on Breakthroughs in the Management of ED | 10/04/2011 |
| Vienna, Austria | 8th Men's World Congress | Chair ISMH Debate: Testosterone and Sexual Function | 10/04/2011 |
| Vienna, Austria | 8th Men's World Congress | Chair Moderated Poster Presentations | 10/04/2011 |
| Vienna, Austria | 8th Men's World Congress | News about the Management of HPV | 10/04/2011 |
| Vienna, Austria | 8th Men's World Congress | Effects of Metabolic Syndrome on Erectile Dysfunction | 10/05/2011 |
| Orlando, FL | ASRM 67th Annual Meeting | Assisted Reproductive Technology RTW02. Sperm DNA Fragmentation Testing | 10/19/2011 |
| Las Vegas, NV | Sexual Medicine Society of North America | Safety and Efficacy of Intracavernosal Injection Therapy with Concomitant Daily or as Needed Tadalafil in Men With Post-Prostatectomy | 11/11/2011 |

| | | and Severe Erectile Dysfunction | |
|---|---|---|---|
| Milan, Italy | ESSM Annual Meeting 2011 | Improving ejaculatory or orgasmic dysfunction after 12 wks as-needed tadalafil treatment significantly improves intercourse and overall sexual satisfaction in men with erectile dysfunction: Post-hoc analyses of 17 placebo-controlled studies | 12/02/2011 |
| Milan, Italy | ESSM Annual Meeting 2011 | 66% of men with severe ejaculatory or orgasmic dysfunction report improved ejaculatory or orgasmic function after 12 wks as-needed tadalafil treatment: Post-hoc analyses of 17 placebo-controlled studies | 12/02/2011 |
| New York, NY | Grand Rounds at NYU | Comprehensive Management of Adolescents and Men with Klinefelter Syndrome | 3/30/2012 |
| Annapolis, MD | The Atypical Learner Conference | Update on early management of Klinefelter Syndrome | 4/15/2012 |
| Ogunquit, ME | New England Fertility Society Annual Meeting 2012 | The Effect of Aging on Male Infertility | 04/28/2012 |
| New York, NY | Grand Rounds – Cornell University | 5-Alpha Reductase Inhibitors –Molecular Basis and Clinical Implications of Delayed Persistent Sexual Dysfunction and Depression | 06/25/2012 |
| Miami, FL | CEU Endocrine Society 2012 | Male Hypogonadism | 09/14/2012 |
| Miami, FL | CEU Endocrine Society 2012 | Meet-The Professor: Treatment of Hypogonadism | 09/14/2012 |

| San Diego, CA | ASRM 2012 | Male Reproduction and Urology: Research | 10/22/2012 |
|---|---|---|---|
| San Diego, CA | ASRM 2012 | HPV Vaccination and Management for the Male | 10/23/2012 |
| San Diego, CA | ASRM 2012 | TUNEL Assay on Swim Up Samples Aids in Predicting IVF Outcomes | 10/24/2012 |
| Auckland, New Zealand | FSA 2012 | Varicocele and other Surgical Solutions to Restore Natural Fertility – What is new? | 10/27/2012 |
| Auckland, New Zealand | FSA 2012 | Modern Management of Klinefelter Syndrome | 10/29/2012 |
| Auckland, New Zealand | FSA 2012 | Male Sexual Dysfunction | 10/30/2012 |
| Auckland, New Zealand | FSA 2012 | The Oligospermic Male – Is it Just a Matter of ICSI? | 10/31/2012 |
| New York, NY | 2nd Interactive Eli Lilly & WCMC Men's Health Symposium | Sexual Dysfunction | 11/07/2012 |
| New York, NY | 2nd Interactive Eli Lilly & WCMC Men's Health Symposium | Ejaculatory Dysfunction | 11/08/2012 |
| Elizabeth, NJ | CME Internal Medicine Lecture | Male Hypogonadism and Testosterone Replacement Therapy | 2/21/2013 |
| Seville, Spain | 5th International IVI Congress | Clinical usefulness of sperm DNA assessment | 4/6/2013 |
| Vienna, Austria | Annual Andrology Meeting Austrian Urological Society | Klinefelter syndrome – modern management | 05/12/2013 |
| San Antonio, TX | American Society of Andrology invited speaker | Prolactin in Men's Health and Disease | 4/15/201 |
| Salzburg, Austria | ESU master class in Urology | Ejaculatory Dysfunction | 7/08/2013 |
| Salzburg, Austria | ESU master class in Urology | Sexually transmitted disease – 2013 update | 7/09/2013 |

| Islip, NJ | NJ-AACE | Performance Enhancing Drug Abuse in Males: How to deal with the endocrinological, reproductive, and metabolic side effects | 11/02/2013 |
|---|---|---|---|
| New York, NY | The Pituitary Gland in Health and Disease Conference | Sexual Function and Adolescent Development | 11/08/2013 |
| Philadelphia, PA | Philadelphia Endocrine Society Lecture Series Invited Speaker | Update on Klinefelter Syndrome | 11/08/2013 |
| Philadelphia, PA | Visiting Lecturer CHOP/University of Pennsylvania | Klinefelter syndrome management – from bench to bedside | 1/08/2014 |
| Mew York, NY | WCMC Medical Students 2nd year lecture | Male reproduction | 2/05/2014 |
| New York, NY | WCMC Reproductive Endocrinology Lectureship | Evaluation of sexual function in infertile couple | 2/20/2014 |
| New York, NY | NYU Langone Medical Center – Division of Endocrinology Lectureship | Emerging concepts in link between DM and hypogonadism | 2/21/2014 |
| Baltimore, MA | KSA Annual Meeting | Decade of experience with managing adolescents with Klinefelter syndrome | 7/21/2015 |
| Lisbon, Portugal | New York Section AUA Annual Meeting | Small RNA in Diagnosis and Management of Prostate Cancer | 9/7/2015 |
| Lisbon, Portugal | New York Section AUA Annual Meeting | Testosterone Replacement Therapy Under Regulatory Scrutiny- What the Data Shows | 9/10/2015 |
| Lisbon, Portugal | New York Section AUA Annual Meeting | Erectile Dysfunction and Varicocele- Is Varicocelectomy Better Than the Blue Pill? | 9/10/2015 |
| Salt Lake City, UT | American Society of Andrology Meeting Invited Speaker | Estrogens, the T/E Ratio, SHBG & Cardiovascular Disease – From Population Genetic to Gender Epidemiology | 4/21/2015 |
| New Orleans, LA | American Society of Andrology Meeting Invited Speaker | Debate: Fertility Preservation in Adolescent Klinefelter Patients: the Case (or not) for Early Intervention. | 4/1/2016 |

34

**B34**

| New Orleans, LA | American Society of Andrology Invited Speaker Annual Trainee Directed Mini-Symposium: "Eyes Wide Open: Understanding the Ins and Outs of Publishing" | Publish, Don't Perish Preparing a High-Impact Manuscript. | 4/2/2016 |
|---|---|---|---|
| Orlando, FL | American Association of Clinical Endocrinologists Invited Speaker | Diagnosis and Management of Steroids Abuse | 5/25/2016 |
| Philadelphia, PA | The Philadelphia Endocrine Society Series Invited Speaker | Diagnosis and Management of Steroids Abuse | 9/14/2016 |
| Bilbao, Portugal | International IVI Congress | Debate Iii: Should We Ask For More Than Just A Basic Sperm Analysis To Evaluate The Male? | 5/11/2017 |
| Portland, OR | 4th Annual Trainee-Directed Mini-Symposium Invited Speaker | Pushing the Boundaries: Ethics in Human Gene Editing. | 4/23/2018 |
| Denver, CO | American Society of Reproductive Medicine Meting – Session Chair | Sperm Biology | 10/9/2018 |
| New York, NY | 2nd Annual Weill Cornell Medicine Pituitary Symposium: Pituitary Disorders Across the Age Spectrum | Hormonal consequences of pituitary disorders. | 10/19/2018 |
| New Orleans, LA | Endocrine Society Annual Meeting. Invited speak | Fertility preservation in adolescents with Klinefelter syndrome | 3/23/2019 |
| Chicago, IL | AUA/SSMR invited speaker | Isolating Sperm from MT/Sperm Sorting: Clinical Applications | 5/5/2019 |

**MEDIA PRESENCE:**

*TV APPEARANCES:*

Featured in opening episode of season II of NY MED on ABC 6/26/2014

*VIDEO PRESENTATIONS INTERVIEWS and INVITED COMENTARIES*

https://www.youtube.com/watch?v=dEK1lPEym4k

http://www.bjuinternational.com/videos/effect-hypogonadism-testosterone-enhancing-therapy-alkaline-phosphatase-bone-mineral-density-2/

http://www.bjuinternational.com/videos/video-dr-paduchs-commentary-on-tadalafil-and-ejaculatory-dysfunction/

http://www.youtube.com/watch?v=7GaID96XWPw

http://www.youtube.com/watch?v=Nyt2qcfowIQ


*WEILL CORNELL MEDICAL COLLEGE PRESS RELEASES ABOUT MY WORK :*

http://weill.cornell.edu/news/news/2015/03/alkaline-phosphatase-determined-to-show-success-of-testosterone-therapy-on-bone-mineral-density.html

http://weill.cornell.edu/news/pr/2013/01/erectile-dysfunction-drug-also-helps-men-ejaculate-and-orgasm.html

http://weill.cornell.edu/news/pr/2014/03/study-calls-for-standardization-in-measuring-testosterone-levels.html

http://weill.cornell.edu/news/pr/2011/08/when-erectile-dysfunction-isnt-the-whole-story-majority-of-men-with-ed-have-other-unaddressed-sexual.html

http://weill.cornell.edu/news/news/2012/10/lifetime-of-service-endures-in-new-summer-research-program.html
http://weill.cornell.edu/news/pr/2007/12/physician-scientists-seek-solutions-to-reproductive-problems-related-to-chromosomal-variations.html


*PRESS WRITE UPS AND EDITORIALS  (selected)*

https://www.dailystar.co.uk/love-sex/684717/Penis-size-average-gets-smaller-cold-weather-shrinking-older

https://www.self.com/story/penis-stickers-are-not-effective-birth-control

https://www.menshealth.com/health/a19548296/what-is-male-infertility/

http://www.bjuinternational.com/bjui-blog/editorial-mark-alkaline-phosphatase-surrogate-bone-density-hypogonadal-men/

http://www.cnn.com/2015/06/23/health/penile-implants-erectile-dysfunction/

http://www.buzzfeed.com/caseygueren/clean-your-peen : TOP POST OVER 1 million views

http://www.buzzfeed.com/caseygueren/how-to-not-break-your-penis

http://www.buzzfeed.com/caseygueren/missing-boner

https://www.yahoo.com/health/is-sex-with-a-circumcised-man-different-104252704143.html

http://abcnews.go.com/blogs/health/2014/07/03/ny-med-doc-recalls-moms-reaction-to-sexual-medicine-specialty/

http://www.menshealth.com/health/4-sex-questions-you-should-ask-your-doctor

http://www.menshealth.com/mhlists/healthiest-year/improve-sexual-health.php

http://www.menshealth.com/sex-women/blue-balls

http://urologytimes.modernmedicine.com/urology-times/news/blood-test-poor-diagnostic-tool-hypogonadism

http://www.auanet.org/publications/hpbrief/view.cfm?i=2096&a=4339
http://www.menshealth.com/mhlists/healthiest-year/improve-sexual-health.php

http://articles.orlandosentinel.com/2014-04-06/health/os-low-testosterone-therapy-20140406_1_low-t-clinical-endocrinology-and-metabolism-central-floridians

http://jamaica-gleaner.com/gleaner/20140702/health/health3.html

http://www.details.com/blogs/daily-details/2013/07/health-myth-can-you-really-up-your-manhood.html

http://www.nbcnews.com/id/44258474/ns/health-mens_health/t/mens-sex-problems-go-beyond-erectile-dysfunction/#.UtGYOmRDv98

http://www.nbcnews.com/id/44258474/ns/health-mens_health/ - .U9f7_EiC-R0

http://healthyliving.msn.com/health-wellness/men/sex/the-male-bad-in-bed-list

http://health.usnews.com/health-news/news/articles/2013/01/30/impotence-drug-cialis-might-have-other-sexual-benefits-study

http://www.sciencedaily.com/releases/2013/01/130130083011.htm

http://articles.philly.com/2013-02-12/entertainment/37041408_1_erectile-ejaculation-sexual-problems

http://urologytimes.modernmedicine.com/urology-times/news/user-defined-tags/darius-paduch/pde-5-inhibitor-may-improve-ejaculatory-function

http://www.everydayhealth.com/low-testosterone/how-to-get-your-mans-low-t-checked.aspx

http://myfloridaurology.com/blog/297/Erectile_Dysfunction_And_Inability_To_Orgasm.cfm

**B37**