

# U.S. Department of Justice
## Federal Bureau of Prisons
# Certificate of Completion

This certificate is presented to

## *Darius Paduch*

### Foundations of Leadership
**Corporate Skills Training Program provided by the
Education Department at MDC Brooklyn**

*A. Delgado*

**A. Delgado- Education Specialist**
**May 5, 2023**

D1

# U.S. Department of Justice
## Federal Bureau of Prisons
# Certificate of Completion

We present this Certificate to

### *Darius Paduch*

---

# Money Smart for Older Adults

**Tutor-led LOCAL SENTRY CURRICULUM created by the
Education Department at MDC Brooklyn**

*D Greco*

---

D Greco- Teacher

**May 22, 2023**

D2



# U.S. Department of Justice
## Federal Bureau of Prisons
# Certificate of Completion

We present this Certificate to

### *Darius Paduch*

## Tutor Training

**Teacher-led LOCAL SENTRY CURRICULUM created by the
Education Department at MDC Brooklyn**

*D Greco*

D Greco- Teacher
**August 4, 2023**

D3

This certifies that

# Darius Paduch

## Completed the following class:

## Anger



11/16/2023                **MDC Brooklyn**                T. Alcide Psy. D, Clinical Psychologist

**D4**



# MDC Brooklyn
# Recreation Department

This is to Certify that

*Darius Paduch*

*Sentry Class ( Chess 2)*

At MDC Brooklyn

This certificate is hereby issued this 1st day of January 2024

*D. Outlaw*

Recreation Specialist

**D5**

# U.S. Department of Justice
# Federal Bureau of Prisons
# Certificate of Achievement

We present this certificate to

## DARIUS PADUCH

### K2 Awareness – 10 Sentry Credits

"Always bear in mind that your own resolution to succeed is more important than any one thing."
— Abraham Lincoln

*M. John Pierre*
**Mrs. M. John-Pierre – Supervisor of Education**
**Metropolitan Detention Center**



*C. Emile*
**Mrs. C. Emile - Teacher**
**February 23, 2024**

D6

This certifies that

# *Darius Paduch*

## Completed the following class:

# Managing My Emotions



2/23/2024                **MDC Brooklyn**                T, Alcide Psy. D, Clinical Psychologist

**D7**



# MDC Brooklyn
# Recreation Department

This is to Certify that

## Darius Paduch

### STRUCTURED ACTIVITY
### BURPEE CURCUIT

At MDC Brooklyn

This certificate is hereby issued this  27ᵗʰ day of  March 2024

### D. Outlaw

Recreation Specialist

D8

# MDC Brooklyn
# Recreation Department

*This is to Certify that*

## Darius Paduch

### Sentry Class ( Cardmaking)

*At MDC Brooklyn*

*This certificate is hereby issued this 1st day of April 2024*

**D. Outlaw**

*Recreation Specialist*



D9

# CERTIFICATE
## of ACHIEVEMENT



**Weight Management**

**THIS ACKNOWLEDGES THAT**

## DARIUS PADUCH

**HAS SUCCESSFULLY COMPLETED THE**



*WEIGHT MANANGEMENT PROGRAM*



**MAY 15, 2024**

**REC SPECIALIST /OUTLAW**

**~K-81~**
**MDC BROOKLYN**

**D10**



# MDC Brooklyn
# Recreation Department

*This is to Certify that*

*Darius Paduch*

## STRUCTURED ACTIVITY

*RUNNING*

*At MDC Brooklyn*

*This certificate is hereby issued this  28th day of  May 2024*

*D. Outlaw*

*Recreation Specialist*

**LET'S GET RUNNING**

D11



# MDC Brooklyn
# Recreation Department

*This is to Certify that*

## Darius Paduch

*Sentry Class (Origami)*

*At MDC Brooklyn*

*This certificate is hereby issued this 3rd day of June 2024*

**D. Outlaw**

*Recreation Specialist*

D12

# MDC Brooklyn
# Recreation Department

*This is to Certify that*

## Darius Paduch

*Origami Instructor*

*At MDC Brooklyn*
*This certificate is hereby issued this 3rd day of June 2024*

**D. Outlaw**

*Recreation Specialist*



D13



# MDC Brooklyn
# Recreation Department

This is to Certify that

*Darius Paduch*

## STRUCTURED ACTIVITY
## CIRCUIT TRAINING

At MDC Brooklyn

This certificate is hereby issued this  25st day of June 2024

*D. Outlaw*

Recreation Specialist

D14



# COLUMBIA UNIVERSITY
## IN THE CITY OF NEW YORK

*This Certifies That*

# Darius Paduch

*has successfully completed a mini-course:*

*Vergil's Aeneid: A song of Arms and of a Man*

*offered by the Justice-in-Education Initiative and the Rethinking Justice Initiative*

*and in testimony thereof is awarded this*

## Certificate of Completion

*Conferred in the City of New York on this*

*Twenty-Sixth Day of June in the year Two Thousand Twenty-Four.*

*Julie Crawford*
_____
*Instructor*

**D15**

# CERTIFICATE
## of ACHIEVEMENT



**THIS ACKNOWLEDGES THAT**

## DARIUS PADUCH

**HAS SUCCESSFULLY COMPLETED THE**

### *WEIGHT MANAGEMENT PROGRAM*



*JULY 11, 2024*                    *REC SPECIALIST /OUTLAW*

**~4 NORTH~**
**MDC BROOKLYN**

**D16**

# MDC Brooklyn
# Recreation Department

*This is to Certify that*

## Darius Paduch

### STRUCTURED ACTIVITY
### BURPEE CURCUIT

*At MDC Brooklyn*

This certificate is hereby issued this 30 th day of July 2024



___D. Outlaw___

*Recreation Specialist*

D17

# MDC Brooklyn
# Recreation Department

This is to Certify that

## Darius Paduch

### Sentry Journal (Recreation & Leisure)

At MDC Brooklyn

This certificate is hereby issued this 12th day of August 2024

**D. Outlaw**

Recreation Specialist



D18

# MDC Brooklyn
# Recreation Department

*This is to Certify that*

## Darius Paduch

### STRUCTURED ACTIVITY
### SIT UPS

*At MDC Brooklyn*

*This certificate is hereby issued this  8th  day of  September  2024*

**D. Outlaw**

*Recreation Specialist*



D19



# MDC Brooklyn
# Recreation Department

This is to Certify that

*Darius Paduch*

## STRUCTURED ACTIVITY
## JUMPING JACKS

At MDC Brooklyn

This certificate is hereby issued this  29th  day of  September  2024

*D. Outlaw*

Recreation Specialist

D20

# *Certificate of Completion*

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

## *Darius Paduch*
### *Reg. No. 53470-510*



## *has satisfactorily completed*

### *The Family Psychology Workbook*

*and is hereby awarded this certificate, this 10th day of October 2024.*



Dr. Ibrahim
Staff Psychologist

© 2024 Great Papers

**D21**

# U.S. Department of Justice
## Federal Bureau of Prisons
# Certificate of Completion

We present this Certificate to

## *Darius Paduch*

### Your Money Values and Influences

"Financial freedom is not just about accumulating wealth; it's about aligning your spending with your values and using your resources to foster growth and positivity in the world."

*J. Murray*

**J. Murray - Teacher**
**October 17, 2024**

D22



# METROPOLITAN DETENTION CENTER BROOKLYN

## CERTIFICATE OF ACCOMPLISHMENT

# DARIUS PADUCH

Register No. 53470-510

is presented with the

## Exemplary Service Award

for maintaining the highest standards, looking after the smallest detail, and going the extra mile as a Recreation Aide for Recreation Services. Your tireless enthusiasm, hard work and dedication to the inmate population at Metropolitan Detention Center Brooklyn is commendable.

This certificate is hereby issued this 18th day of October 2024.

D. Outlaw
**Recreation Specialist**

**D23**

# Certificate of Completion

### This certifies that

# DARIUS PADUCH

### Completed the following class:

# The National Parenting Program:

# Phase One

10/22/2024
_____
DATE



_G. Matey_
G. Matey, Special Population Coordinator

**MDC BROOKLYN**

D24



**U. S. Department of Justice**

Federal Bureau of Prisons
Metropolitan Detention Center
Brooklyn, New York

August 1, 2023

To whom it may concern:

This letter is to inform you of Darius Paduch (reg. no. 53470-510) volunteer work as a Suicide Watch Inmate Companion. Mr. Paduch began volunteering in such capacity in May 2023, when he completed his initial training session. Since that time, he has had the opportunity to actively participate in the program, and has often provided assistance beyond his requirements. His participation in the program is appreciated.

K. Schlessinger
Chief Psychologist
MDC Brooklyn

**D25**

# Certificate of Excellence

### Presented to

## Darius Paduch

Reg. No. 53470-510

**For your service as a Suicide Watch Companion, and your display of diligence and dedication, to the Suicide Watch Companion Program Metropolitan Detention Center, Brooklyn, NY**

This certificate is hereby issued on August 1, 2023.

*K. Schlessinger*

Dr. K. Schlessinger
Chief Psychologist

© 2021 Great Papers

**D26**



# SUICIDE PREVENTION

## Training for Suicide Watch Companions



Psychology Services Branch
Reentry Services Division
Federal Bureau of Prisons
Version 2.0

1

D27



**U.S. Department of Justice**

Federal Bureau of Prisons

Office of the Director                    Washington, DC 20534

March 1, 2024

**MEMORANDUM FOR ALL SUICIDE WATCH COMPANIONS**

**FROM:**          **Colette S. Peters, Director**

**SUBJECT:**       **Suicide Watch Companions**

As the Director of the Federal Bureau of Prisons, I am committed to ensuring your safety. I am also committed to providing you with programs and services that can contribute to your ability to successfully reenter society. I want to thank you for your commitment and assistance with suicide prevention in the Federal Bureau of Prisons.

Incarceration is difficult for many people; many individuals experience a wide range of emotions, to include sadness, anxiety, loneliness, anger, and shame. Some individuals find incarceration overwhelming. Additionally, struggling with substance use or withdrawing from using substances can cause physical pain and difficulty thinking clearly. At times, someone may feel hopeless about their future and their thoughts may turn to suicide or self-harm. This is not because other solutions do not exist; it is because they are currently unable to see them. As a companion you can help others find hope in what feels like a hopeless situation.

I respect and appreciate the work you do to prevent suicide and support others through their darkest moments. Your work, in collaboration with the professional mental health services provided by the Bureau, truly has the power to save lives.

**D28**



**U. S. Department of Justice**

Federal Bureau of Prisons
Metropolitan Detention Center
Brooklyn, New York

October 15, 2024

To Whom It May Concern:

This letter is to inform you of Mr. Darius Paduch's (Reg # 53470-510) participation as a Suicide Watch Companion. The Suicide Watch Companion Program is an integral part of the Federal Bureau of Prison's suicide prevention efforts. Suicide Watch Companions maintain a constant visual observation of individuals placed on Suicide Watch in order to ensure their safety and to better facilitate treatment with Psychology Services staff. Suicide Watch companions are selected based on strict criteria including their emotional stability, maturity, work ethic, and continued engagement in prosocial behavior. During his time in this work program, Mr. Paduch has received significant training in recognizing the warning signs, risk/protective factors of suicide and the appropriate procedures for interacting with an individual on Suicide Watch. Since his inclusion in the program on May 2023, Mr. Paduch has served diligently in his role and has often provided assistance beyond the requirements. His participation in this voluntary work detail has been greatly appreciated.

Sincerely,

Dr. Schlessinger
Chief Psychologist
MDC Brooklyn

**D29**

# *Certificate of Excellence*

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*Presented to:*

## **Darius Paduch**
### **Reg. No. 53470-510**



*For your service as a Suicide Watch Companion, and your display of diligence and dedication, to the Suicide Watch Companion Program*

*and is hereby awarded this certificate, this 15th day of October 2024.*

K. Schlessinger

Dr. Schlessinger
Chief Psychologist

© 2024 Great Papers

**D30**



**U.S. Department of Justice**

Federal Bureau of Prisons

*MDC Brooklyn*

*Brooklyn, New York 11232*

From: C. Rodriguez, Captain

**Notice to the inmate population**

SUBJECT: Modified Institutional Operations

Effective Wednesday, July 17, 2024, MDC Brooklyn was placed on modified operations, following an inmate death. Due to the nature of this incident, a thorough investigation will be conducted to ensure the safety and security of all staff and inmates within MDC Brooklyn. Furthermore, it is the expectation of the Captain that inmates will live in a safe and secure environment. Violence in this setting leads to negative consequences such as injuries, death, prolonged lockdowns, disruption of operations and programs, and increased tension. Therefore, it is imperative all inmates adhere to established rules, expectations and respect one another. As a result of this incident, the inmate population will remain secured until further notice. Legal calls and legal visits will continue as normal, however social visits will be cancelled until further notice. Return to normal operations is strictly based on the investigation's results, in conjunction with inmate behavior and will be assessed daily.

**Aviso para los presos**

SUBJETO: Operaciones Modificadas

A partir del Miercoles, 17 de julio de 2024, MDC Brooklyn fue puesto en operaciones modificadas, después de la muerte de un recluso. Debido a la naturaleza de este incidente, se llevará a cabo una investigación exhaustiva para garantizar la seguridad de todo el personal y los reclusos dentro del MDC Brooklyn. Además, el Capitán espera que los reclusos vivan en un entorno seguro y protegido. La violencia en este entorno tiene consecuencias negativas como lesiones, muerte, operaciones modificadas prolongadas, interrupción de operaciones y programas y aumento de la tensión. Por lo tanto, es imperativo que todos los reclusos cumplan con las reglas y expectativas establecidas y se respeten unos a otros. Como resultado de este incidente, la población reclusa permanecerá asegurada hasta nuevo aviso. Las llamadas y visitas legales continuarán con normalidad, sin embargo, las visitas sociales se cancelarán hasta nuevo aviso. El regreso a las operaciones normales se basa estrictamente en los resultados de la investigación, junto con el comportamiento del recluso y se evaluará diariamente.

**D31**