UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | No. 23-cr-181 (RA) |
| DARIUS A. PADUCH, | ORDER |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Defendant's November 14, 2024 letter objecting to several of the Government's victim statements. *See* Dkt. 177. The Government shall file a response, if any, no later than November 19, 2024 at 12:00 p.m.

SO ORDERED.

Dated: November 15, 2024
New York, New York

_____
Ronnie Abrams
United States District Judge