```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb 19 2025
```

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of February, two thousand twenty-five.

Before:    Richard J. Sullivan,
           *Circuit Judge.*

---

United States of America,

    Appellee,

v.

Darius A. Paduch, AKA Sealed Defendant 1,

    Defendant - Appellant.

**ORDER**

Docket No. 24-3116

---

Appellant moves to hold this appeal in abeyance until the district court enters a final order of restitution.

IT IS HEREBY ORDERED that the motion is GRANTED. Appellant is directed to file stay status update letters in 30-day intervals, beginning 30 days from the date of this order.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*[signature and seal]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 02/19/2025