

**BALDASSARE & MARA, LLC**

<u>**VIA ECF**</u>

April 24, 2025

The Honorable Ronnie Abrams,
 United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States of America v. Darius A. Paduch,*
              <u>Case No. 1:23-cr-00181 (RA)</u>

Dear Judge Abrams:

    This firm represents Darius Paduch in the above-referenced matter. We write to Your Honor requesting a final/amended Judgment of Conviction to reflect that there will be no restitution imposed. The entry of that Judgment of Conviction will enable Dr. Paduch to pursue post-sentencing/appellate relief.

                                            Respectfully,

                                            Michael Baldassare