UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DARIUS A. PADUCH,<br><br>Defendant. | No. 23-cr-181 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Defendant's motion to correct his sentence. Dkt. No. 203. The government shall respond no later than May 22, 2025. Defendant shall have until May 29, 2025 to file any reply.

SO ORDERED.

Dated:   May 8, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge